# EXHIBIT A

# chilewich

BASKETWEAVE 2007|2008



black   chestnut   carbon   oyster

titanium   aluminum   ice   white

latte   gold   bark   denim

caramel   wheat

MINI BASKETWEAVE

espresso   dark grey   heather grey   light grey

Please see reverse side for styles available



# chilewich

ENGINEERED SQUARES/RECTANGLES 2007/2008



**TABLEMATS**
sapphire
(also shown far right:
navy spun vynyl,
denim basketweave,
indigo bamboo)



left:
turquoise
green
red
orange
wisteria
light gray
neon
flax

oat
morning



# chilewich

BAMBOO 2007|2008

Chilewich products embody the fusion of functionality and sophisticated design.

Meticulous attention to detail and a passion for simple yet elegant style results in a range of placemats, table runners, totes, floormats and home accessories synonymous with modern living.

The innovative use of vinyl yarn combines a refined aesthetic with durability and ease of maintenance. The assortment of textures and styles ranges from simple geometric shapes and shimmering weaves to a modern interpretation of lace and wood grain.

Chilewich products are designed in New York and made entirely in the USA.

All furniture and accessories featured have been provided by the following companies:

| | |
|---|---|
| Hive | MoMA Store |
| Takashimaya | The Conran Shop |
| Knoll Studio | Wyeth |
| Moss | Vere Chocolat |
| Design Within Reach | Paul Marlow |
| Vitra | |



chilewich 2007|2008