# EXHIBIT B

# Fiber Optic

## A low-end plastic fabric moves from the patio to the city's top tables.

The interior of the Manhattan restaurant Craft is composed of meticulously sourced materials designed to make diners take notice. Panels of hand-[illegible] leather [illegible] one wall are made from bookbinders' calfskin. The floors are of [illegible] hard Brazilian walnut, while the tables have been [illegible] [illegible] selected because it would darken to a handsome red over time.

But [illegible] when the restaurant opened in spring 2001 [illegible] [illegible]

[illegible] Studio [illegible] [illegible] furniture.

[illegible]

[illegible] and Katie [illegible]

[illegible]

[illegible] PRICE [illegible] LINEN PLACE MAT WITH NAPKIN: $180

YEAR VINYL WAS INVENTED: 1926

FEET OF VINYL THREAD IN A SINGLE BASKET WEAVE CHILEWICH PLACE MAT: 194

bowl that was picniclike," Chilewich said recently in her Flatiron studio. "And what I envisioned was those 50's plastic mesh lawn chairs."

[illegible] mesh that she found [illegible] industrial [illegible] Manhattan. She quickly [illegible] [illegible] being made concave. Still, she was taken with the [illegible]

The no-brainer was [illegible]

[illegible]

Such work [illegible]

[illegible]

Photographs by Ben [illegible]

owners. Whether it looks organic or more steel-like, the mat is a smart-looking frame for a $22 plate of house-cured foie gras. And it is hand-washable, which means restaurants can eliminate the cost of laundering tablecloths. The current rate for laundry service, about $1 per tablecloth, seems like small change until you calculate: at Annisa, a 13-table operation in the West Village, the cleaning bill is about $7,000 per year. (That doesn't include napkins, aprons and chefs' jackets.)

Still, some restaurateurs, even Tom Colicchio, executive chef at Craft, were initially apprehensive about plastic.

"The whole idea of Craft — the design imperative — was to use all-natural materials, to show how everything is put together and to be very tactile in general," Kate Grieco said. "Everything in the restaurant is wood and slate."

But Grieco thought the plastic mats were subtle enough to work with the restaurant's interiors. The place mats were as much of a hit as the restaurant's artisanal dishes. Craft began to sell its overstock directly to customers. (Now diners are referred to Barneys.) The mats are also on the tables at Craftsteak in Las Vegas, and they will be on the tables when Craft opens in Dallas in 2006.

It didn't hurt that Chilewich introduced her place mats to the restaurant market at an opportune time. Over the last decade, the silver-service atmosphere of high-end restaurants has been replaced with a more casual but high-design look. And if you have invested in custom Christian Liagre tables, as Mercer Kitchen did, you are more inclined to highlight the wenge wood rather than to drape a white tablecloth over it. Regardless, you need to put something down to protect your investment against spilled red ...

[illegible]

## The Arsenal

By Amanda Hesser

The hallmarks of French food — the silkiness of a foie gras terrine, the crunch of duck skin, the weightless deceit of a good soufflé — are often about texture. On a recent trip to Paris, I noticed that the texture that seemed to be on every chef's mind was the soft, wobbly chill of *gelées* — which are essentially Jell-O made with real flavors. Chefs blend fruit and vegetable juices and even broths, with plain gelatin, then use bits of the chilled gelées as a flavoring component — lemon verbena gelée in a lobster salad, say, or squares of plum gelée surrounding an almond cake. One chef dotted a salad of asparagus and beets with a version made from chicken stock and dressed the vegetables with a spicy paprika vinaigrette. Gelées can be loose or firm. (One packet of powdered gelatin mixed with two cups of liquid will yield a firm gelée.) They are an especially handy touch in summer, when a cool and sparkling spoonful can intensify a dish's flavor at the same time it refreshes. At L'Entredgeu, a bistro, strawberries were tucked beneath clear pink beads of Cerdon gelée (Cerdon is a sweet, lightly fizzy rosé) and topped with a *fromage blanc* sorbet. Here, I've used raspberries in place of strawberries and layered the gelée, *fromage blanc* and fruit in glasses, like a parfait.

### Crab Salad With Tomato-Sake Gelée

- ¾ pound ripe tomatoes, chopped
- ¼ cup sake
- Salt
- 1 packet gelatin, softened in 3 tablespoons water
- 1 pound jumbo lump crabmeat or cooked and peeled small shrimp
- Zest of 1 lemon
- Juice of ½ lemon
- 1 tablespoon olive oil
- 8 basil leaves, very thinly sliced
- Freshly ground black pepper
- ½ cup finely diced cucumber

1. Purée the tomatoes in a food processor. Strain through a fine-meshed sieve into a small saucepan. This should yield about 1 cup liquid. Add the sake to the tomato water and heat over a medium-low flame until very warm to the touch. Season to taste with salt. Remove from the heat and stir in the gelatin until it is fully dissolved. Pour into a pie dish or other baking dish. Chill until firm.
2. Just before serving, put the crab in a bowl. Add the lemon zest, lemon juice, oil and basil. Season with salt and pepper and toss lightly. Place a small mound on one side of each of 6 plates.
3. Unmold half the gelée (reserving the rest for another use ... with goat cheese and ... for instance) and chop into small pieces. Spoon in a line or half-moon shape next to the ... The ... [illegible]

### [illegible] Gelée With Raspberries And Fromage Blanc

[illegible]