# EXHIBIT C

# EXHIBIT D

# EXHIBIT E

A SPECIAL ADVERTISING SUPPLEMENT TO THE NEW YORK TIMES MAGAZINE • NOVEMBER 18, 20



# desktop



# &HOME

### New York Times

THE NEW YORK TIMES, THURSDAY, JUNE 21, 2001

F11

## PERSONAL SHOPPER
### Marianne Rohrlich

A splash of color and dash, where it is least expected.



# Vinyl and Cork, Afoot and Fashionable

**D**ESIGNERS and floor-covering manufacturers are finding new ways to use old reliables like vinyl, canvas and cork to add durability (and style). Washable floor materials with bold graphics, strong textures and bright colors hold up well in all seasons, especially summertime, when sandy feet and nearly paws abuse surfaces under foot.

**1.** Plynyl tiles, made of woven vinyl, come in 21 combinations of colors and texture. The neutrals in gray, beige and brown, a weed look almost like sisal; an aluminum color has a high-tech look, and tiles are also available in pale chartreuse and blue tweed. The material is bonded to a soft, spongy backing that makes the 7-inch squares feel as comfortable to walk on as grass. $3.14 a square foot, from Mayprojyk, 125 West ... Street.

**2.** and **3.** ... an intermaric. It's Graph ... linoleum are made from ... come in 9-inch ... in tographic in ... Tallon (left) and ... inches square ... square ... so it's in ...

... Tony Cenicola/The New York Times (5)

-inch, 12-inch or 24-inch squares in silver, but can be custom ordered in any Pantone color; $10.50 a square foot at Aronson's Floor Coverings, 135 West ... Street.

**5.** Pivot store, rick fingered shapes and narrow tiles, can be ordered in red themes ... black, matted and bro vist 'pes or in neutral colors like blue, red or green. The colors run through the cork so it cannot wash or wear off. They are thinner than tiles ... a number of different between ... old ... and insert and a ... color flooring a ... they They arrive ... individual tiles by Knight ... $6.14 a square, at Ex. 155 East ... Street.

**6.** The 4-by 6-foot hand-painted canvas floor ... as from the ... Cluses, at the Design ... it looks very like a roll of bright ... sand cost ... it so ... if ... every pattern cause it is ... different natural, purple, red or ... unique art ... ... The canvas is done ... it is made to a poly ... to ...

# TimeOut
## New York

**Fischerspooner**

**Mike Leigh**

# AROUND TOWN

For a list of this week's street festivals, see page 70.

**IF YOU WANT TO BE LISTED**
Submit information by mail, e-mail aroundtown@timeoutny.com, or fax +212-673-8382 to **Billie Cohen**, include details of event, dates, times, address of venue with cross streets, nearest subways, telephone number and admission price, if any. **Deadline is 6pm on Monday, ten days before publication date.** Incomplete submissions will not be included, and listings information will not be accepted over the phone.

**Gift Wrapping with Kate's Paperie**
*Learning Annex, location to be announced (212-371-0280, call for registration and location). 5–6:30pm. $34.95.* The secret to wrapping. Tired of wrapping gifts in brown paper bags or newspaper? Kate Martha Stewart proud and let the expert at Kate's Paperie show you how to give your presents some pizzazz—best of all, it's a manner who's serving say's a matter.

**Musical Theatre Month:**
**Intimate Conversations**

**AROUND TOWN**

## Thursday 16
### Urban affairs
**Bud Rocks the Docks:**
**A Tribute to Rock & Roll**

**Conflict Unending:**
**Indo-Pakistani Tensions Since 1947**

**New York Goes Organic**

## Friday 17
### Urban affairs
**Alok Cooking Class:**

**Harlem Jazz Dance Festival**

**Masturbate-A-Thon**

**Mom's Work Is Never Done**

**Material possessions** Who says it's wrong to give in to your material wants? Definitely not the folks at the International Contemporary Furniture Fair. On Tuesday 21, the public is invited to worship the work of 600 designers and manufacturers who'll transform the Javits Center into a temple of style with their exhibits of furniture, carpeting, flooring, kitchen and bath products, accessories and textiles like Sandy Chilewich's multicolored Plynyl switches pictured. Something here is bound to make you lust after pieces...



# MAGAZINE
# Home®
### The Remodeling and Decorating Resource

MAY 2003

## home front

## On The Phone ○ On The Couch ○ On The Move

THE LATEST design news, NOTES, AND trends



get floored

## As seen in... *X2*, out this month

from 20th Century Fox, is the follow-up to the blockbuster hit *X-Men*, based on the Marvel comic book. The futuristic flick features ultracool LCD flat-panel monitors (right on set, and left) by Luce. A complete stand-alone television with integrated stereo speakers, the LCTV-2201A, $4,000, also functions as a high-resolution computer monitor and is ideal for DVD, DTV, and HDTV viewing. For more in                      Luce

## stealers

# BON VIVANT

## WHAT'S NEW. WHAT'S HOT. WHAT'S GOOD.

By Gina Provenzano

**1. APPLES AS ART.** With its shimmering tones, Rejane Mercier's "Golden Apples" bowl makes a captivating centerpiece. Available from Craft Concepts in two sizes, medium (shown, $144) and large ($228); 410-823-2533.

**2. ROSE-COLORED GLASS.** We love the ever-so-modern addition of a stainless steel stopper to this old-fashioned cut-glass decanter. Perfect for serving Port, it's just $39 from Hudson Dry Goods, 212-228-7143.

**3. CAFE SOCIETY.** Add serious style to your table with cups by noted fashion designer Paul Costelloe. The ribbed teacup and saucer in cream ($30) and the espresso cup and saucer in gray ($20) are from Wedgwood; call 800-523-0009 for stores. In other news from the design front, Sandy Chilewich's woven vinyl place mats ($10 each) are a wonder to behold. Available in assorted neutrals and metallics, including (from top) yellow-and-silver bark, stone and aluminum; call Mxyplyzyk at 212-989-4300 to order. ▶





# Decorating™

November/December 2001



# WeddingChannel.com's
## WEDDINGBELLS

# double takes  Dress your dinnerware **up** or **down**



Serpentine wine glass ($13) by — weddingchannel.com/bloomingdales
napkin ($5) by Calvin Klein Home, weddingchannel.com/bloomingdales
Sterling-silver Alta flatware ($615 for set of five) by Robbe &
Berking, robbeberking.com Stainless-steel Sitges service plate ($49)
by Alessi, alessi.com Woven-vinyl place mat ($15) by Chilewich,
weddingchannel.com/bloomingdales

up

down

**Dinnerware:** Fine china Platinum
Continental Dining setting ($115 for
set of five), by Lenox, lenox.com.

up

Dinnerware: Porcelain Moon White
setting ($99 for set of five), by
Rosenthal, rosenthalusa.com

# This Old House

SPRING 2001

SPECIAL ISSUE



### All-Weather Lighting

*Hurricane lanterns with bell-shaped glass globes from Coldwater Creek set a nostalgic mood. The powder-coated iron frame has a spiked plate to accommodate different sizes of pillar candles; a hinged handle allows for hanging or carrying to light the way. In two sizes: 6 by 14 inches ($30) and 9 by 17 inches ($40); 800-968-8984 or www.coldwatercreek.com.*

### Taking It to the Mat

*Made from the same woven vinyl-coated polyester material used on lawn furniture, the rugMat collection from Chilewich has the good looks of sisal with all the durability, and easy care of polyurethane. At home in an enclosed porch or on a covered patio to avoid slippage when wet, these mats are available as rugs in 2-by-3-, 3-by-4-, and 4-by-6-foot sizes, and as runners in 2 by 8 feet. Eleven hues. Wall-to-wall multi-color tweeds and six more muted chenille-textured shades are sold by the square foot, with contrasting edging. Custom packaging available on request or on the web. Visit www.chilewich.com or call 800-555-7356.*

### Sun Block



### Now You're Cookin'

# This Old House



PHOTO: MICHAEL GRIMM

Resilient flooring—durable, forgiving, easy to install and maintain—has long been lauded for its practicality, but not always for its looks. Indeed, it's been called the flooring industry's equivalent of orthopedic shoes: easy on the feet, if not on the eyes. "A lot of people associate it with the drab, gray stuff that covered up their hardwood floors," says *TOH* show host Steve Thomas. These days, they'd be wrong. From venerable linoleum to top-selling vinyl to vanguard versions of cork, rubber, and leather, today's "soft" flooring comes in an amazing array of colors, patterns, and sizes. Yet these newer resilient flooring materials remain as affordable, simple to care for, robust, and useful as their hardy forerunners—they just look a whole lot better doing it.

## vinyl

With the broadest choices of any resilient product range, vinyl is tough to pin down. Design-wise it can often imitate other materials, with some bringing surface that provides its own look.

**COMMON APPLICATIONS:**
Kitchens, bathrooms, foyers, mudrooms, hallways.

**STANDARD SIZES:** Sheet 6 and 12 feet wide; 9-by-9- and 12-by-12-inch tiles; some irregular sizes; 1 and 12 mm thick.

**PICTURED:** Embossed vinyl sheet.

## flooring

# YOUR BEST BACK-TO-SCHOOL GUIDE!

# child

SEPTEMBER 2001



### Wild Things



A NEW FARMHOUSE FOR *UNDER* $60,000

# Country Home

## market report

EQUIP YOUR HOME OFFICE WITH HARDWORKING FURNISHINGS THAT SHARE COUNTRY ROOTS



**1.** Restoration Hardware's Old New Pharmacy Table Lamp ($99) reminds us of a 1930s reporter's desk lamp. It conveniently pivots and bobs up and down, but stays put when not moving.

**2.** For a handsome look, choose a classic plate rack made from pine. The high-gloss finish and distressed touch is a great value.

**3.** This will make your little items easy to find. Made with wire basket and pine. With several drawers, you're sure to want the storage.

**4.** Give your desktop a makeover with this table.

Denim, vinyl, and metal are put to work in building on the tradition

# INTERIOR DESIGN

## flooring

### Fleeger



### Chilewich

Metallic Basketweave

### Interface Flor

### Blue Ridge
### Commercial Carpet





Date
Location   SARASOTA, FL
Circulation (DMA)
Type (Frequency)   Magazine (6X)
Page
Keyword   Chilewich

STYLE IQ **notebook**

# Texture Your Table

## H O M E
### ACCESSORY

ADD SPICE TO YOUR SPREAD WITH
TABLE COVERINGS FROM <u>CHILEWICH</u>.
This season, table decor isn't just about
color—it's about texture. Hosting an ele-
gant dinner party? Drape your table
with a lattice run-
ner. "It looks like
metal lace," says
Alison Bishop
from Living Walls.
Colors range from gold and silver to
soft green and turquoise.

Need something for a sunny
breakfast? Awaken the eye with fun
fabricare weaves and splashes of color
in chape weave tablecloth.



Perfect for casual parties, round...



# LDB
## INTERIOR TEXTILES

**SEPTEMBER 2000**

WINDOW VIEW

## IN REVIEW

# Gifts Galore

OFFERINGS AT
THE
NEW YORK
INTERNATIONAL
GIFT FAIR©
RUN THE
GAMUT FROM
EXQUISITE TO
ESSENTIAL,
LUSCIOUS
TO LOONY



**Left:** [illegible caption text]



**Above:** [illegible]



**Right:** [illegible]

THE NEWSWEEKLY FOR HOME PRODUCTS RETAILING • August 27, 2001 • $

## floor covering

# Exhibitors Bring Out-of-the-Ordinary Designs to New York Gift Fair

By Jennifer White and Crystal Hon tes

**NEW YORK** — [text illegible/faded] ...



PHOTO: THOMAS IANNACCONE

Above: Imports Unlimited targets the younger consumer with our doormats in trendy designs like polka dots.
Right: Chilewich vinyl mats can be used in every room of the home.

Susan Sargent introduced a line of wool dhurries with a contemporary tribal look. Available in five colors, a 3-by-5 retails for $80.

Tud io Artisans displayed the "wildly laborious" felt rug from Kyrgyzstan. A 4-by-6 is based at $600. Malaysian floor mats made from woven palm come in wool color could nations and could retail in a 5-by-7 for $80.

Joni offered pleated rugs made under a licensing deal with designer Mary Hughes. White so is known for her signature motif, a lattice-like shoe decorated with flowers, her vegetable motif in a trance a designs were getting a lot of attention. The rugs retail in a 4-by-6 for $190.

The Willicfleur rugs from Claire Murray showed birds, butterflies and a floral border. A bluebird or white background. A 7-by-9 retails for $899. And a rug called our Nation [illegible] with delicate garden scenes and in rual quilt—that has every static flower ■



# THE WORLD OF
# INTERIORS

## antennae

In central european countries it is recommended that carpets are cleaned every five years — and older ones finished just about more ago. To get one of this cleaning carried out, a company called [...] has specialised in cleaning people's floor coverings there. For centuries, the Austrian firm [...] has been ofering all type and offers a unique cleaning and covering service for all those down [...] from 1881 [...] selected, [...] and applies the [...] from these and large gauge down [...] to [...]

[...]



4

Chilewich

# AZURE

design file

## Floored

[text illegible]





1. Product
Designer  Manufacturer
Features:

2. Product
Designer  Manufacturer
Features:

3. Product
Designer  Manufacturer
Features:

# architecture®  August 2001   $8.95 usa   $11.00 canada



## specifications gallery











For information on the products
specified in this section, go to:
**www.thru.to/architecture**

### 1 WINNING WEAVES

Winner of an ICFF Editors' Award for flooring,
**Plynyl by Chilewich** combines the sensual
[...] able and versatile. Available in roll, tile, and
wall-to-wall sizes in 21 weaves, ranging from
small-basket weaves to abstract mesh shapes.
Plynyl adheres to most surfaces, including [...]

### 2 FREE ELECTRICITY

[...] Southwest Windpower.
[...]

### 3 HOT COLD GLASS

[...] fire-like glass. The range
Glass of shapes.

### 4 AALTO GLOW

[...] Collection  Barington

designer profile: sandy chilewich



Produced by Jana Schiowitz





**When it comes** to materials, Sandy Chilewich makes sure that certain facts are the first on a list. Design, whether an industrial design perspective or her own design aesthetic...





# EXHIBIT F



Terrace 5 Cafe, MoMA, NYC







BLI, New York City



Dos Caminos, SOHO, NYC





Grand Hyatt, NYC



Jean Georges, JG66, NYC

W San Diego





China Grill, Chicago







Hyatt Regency, DFW



Seminole Hard Rock, FLA