# EXHIBIT G

# Crate&Barrel

Search    Home / Search

## Search Results

Your search for "chilewich" found 3 product matches.

↓ RESULTS

**Table Linens**
Placemats, Napkins
(3 Items)



Samoa Placemat
$8.95

Metallic
Herringbone
Placemat
$8.95

Metallic
Basketweave
Placemat
$8.95

**Please Note:** Search Results don't include Outlet Items. Browse our Outlet.

# Crate&Barrel

## Table Linens  Home / Table Linens / Placemats, Napkins / Metallic Basketweave Placemat

Prices and availability are subject to change from the time and date that you print this page. 8/27/2007 2:44:04 PM

| Back to Search Results



+ Zoom

+ View Larger

**Coordinating Items**



Linen Hemstitch Napkins
$7.95 each

View More Items ↓

## Metallic Basketweave Placemat
$8.95

An intriguing play of cool metallic hues from Chilewich ® combines sleek sophistication with the easy care and modern durability of vinyl.

- Woven vinyl
- Hand wash
- Made in the USA

*Crate and Barrel Exclusive*

## Item

**Item Name**

Placemat. 19"x14"
SKU 663336

**Price**

$8.95

**Notes**

↳ Shipping Charges

**Coordinating Items**  |  Back to Top

Page 2 of 2

Metallic Basketweave Placemat shopping in Crate and Barrel Placemats, Napkins



**Linen Hemstitch Napkins**
$7.95 each



**Domo Dinnerware**
$3.50 - $29.95
reg. $4.00 - $34.95

**Kita Dinnerware**
$57.95 - $264.95
open stock $63.80 -
$311.20



DESIGN
WITHIN
REACH

NEW LOWER SHIPPING RATES  |  SATISFACTION GUARANTEE  |  1.800.944.2233  |  CHAT LIVE

MY ACCOUNT  •  WISHLIST  •  VIEW CART (0)

SEARCH
KEYWORD OR PRODUCT #

DESIGNERS    REQUEST A CATALOG    FIND A STUDIO    DESIGN NOTES™    ABOUT DWR

SHOP DWR

HIGHLIGHTS
The Modern Bed Sale
New Products
Eco-friendly
DWR Airstream Trailer
Outdoor
Classics
Accessories
On Sale: 50+ New Items

FUNCTION
Sit
Sleep
Store
Table
Lounge
Dine
Work
Light

SOLUTIONS
Sleep Sofas
Media Storage
Stackable Chairs
Extendable Tables
Chairs Under $200
Floor Coverings
Small Spaces
Gift Certificates

QUICK FIND
Aeron Chair
Albero Sofa
Barcelona Chair
Bottega Chair
Cubits Storage
Eames Lounge
Flight Recliner

## Search

We've found 6 item(s) that match your search.
Your search: chilewich  Remove
Price Range:    $100 - $250, $250 - $500, $500 - $1000
Colors:    BAMBOO, BAMBOO CHALK, BAMBOO CHARCOAL, BARK, CHESTNUT, DRIFTWOOD,
PECAN, TITANIUM

By Relevance    Page 1 (6 items)

Chilewich Bound Runner -
Small
$225

Chilewich Bound Runner -
Large
$325

Chilewich Woodgrain Mat -
Small
$350
New

Chilewich Bound Mat - Small
$375

Chilewich Woodgrain Mat -
Large

Chilewich Bound Mat - Large
$600

Design Within Reach - Search



**Saarinen Table**
**Sapien Bookcase**
**Twilight Sleep Sofa**

$580
New

Page  (6 items)

VIEW ALL CATEGORIES

| CUSTOMER SERVICE | CONTACT DWR | FIND A STUDIO | DWR CREDIT CARD | AFFILIATE PROGRAM |

Privacy Policy

Copyright © 1999-2007 Design Within Reach. All rights reserved.



# DESIGN WITHIN REACH

NEW LOWER SHIPPING RATES | SATISFACTION GUARANTEE | 1.800.944.2233 | CHAT LIVE

MY ACCOUNT · WISHLIST · VIEW CART (0)

**SEARCH**
KEYWORD OR PRODUCT #

DESIGNERS | REQUEST A CATALOG | FIND A STUDIO | DESIGN NOTES™ | ABOUT DWR

SHOP DWR

HIGHLIGHTS
The Modern Bed Sale
New Products
Eco-friendly
DWR Airstream Trailer
Outdoor
Classics
Accessories
On Sale: 50+ New Items

FUNCTION
Sit
Sleep
Store
Table
Lounge
Dine
Work
Light

SOLUTIONS
Sleep Sofas
Media Storage
Stackable Chairs
Extendable Tables
Chairs Under $200
Floor Coverings
Small Spaces
Gift Certificates

QUICK FIND
Aeron Chair
Albero Sofa
Barcelona Chair
Bottega Chair
Cubits Storage
Eames Lounge

# Chilewich Bound Runner - Small



bamboo.chalk    titanium    chestnut    bark

bamboo

**Additional Images**

Room Views    Detail Views

**Material**
Woven vinyl with polyurethane backing.

## Chilewich Bound Runner - Small
$225
Satisfaction Guarantee

- Add to Order
- Save to My Wish List
- Print this Page
- Email this Page

**Designer**
Sandy Chilewich

- Chilewich Bound Mats are available in custom sizes. Click here.
- Winner of the 2007 Material ConneXion Medium Award for textile design.

Sandy Chilewich has brought a new modern dimension to floor coverings with her flat-weave mats made of her company's pliant, proprietary vinyl called plynl. Her Bound Mats, which won't fray at the edges, are available in several of her best-selling colors. Combining the visual interest of traditional floor coverings with the durability of synthetic materials, the Chilewich mats are soft, washable and stain resistant, impervious to spills and suitable to virtually any space, from high-traffic environments to next to the bed. A soft urethane backing prevents skidding or curling and adds cushioning. Bamboo charcoal has a dark green binding. All other colors have black binding. 5-year

# Design Within Reach - Chilewich Bound Runner - Small

Flight Recliner
Saarinen Table
Sapien Bookcase
Twilight Sleep Sofa

VIEW ALL CATEGORIES

**Measurements**
W 2' L 6'

**Helpful Notes**
▪ Ships via Standard Service. View delivery options.

warranty. Made in U.S.A.

## CURRENT PRODUCT

Chilewich Bound Runner - Small

Item # 10070



| Style | Price | Availability | Qty |
|---|---|---|---|
| BAMBOO.CHALK | $225 | IN STOCK | |
| TITANIUM | $225 | IN STOCK | |
| CHESTNUT | $225 | IN STOCK | |
| BARK | $225 | IN STOCK | |
| BAMBOO | $225 | IN STOCK | |

Save to Wish List

## RELATED PRODUCTS

Chilewich Bound Runner - Large

Item # 10071

| Style | Price | Availability | Qty |
|---|---|---|---|
| BAMBOO.CHALK | $325 | IN STOCK | |
| TITANIUM | $325 | IN STOCK | |
| CHESTNUT | $325 | IN STOCK | |
| BARK | $325 | IN STOCK | |
| BAMBOO | $325 | IN STOCK | |

Save to Wish List

Design Within Reach - Chilewich Bound Runner - Small

**Shop with Confidence**
+ In Stock and Ready to Ship
+ Shipping Policies and Suggestions
+ About DWR.com

+ Satisfaction Guarantee
+ Privacy Policy

| CUSTOMER SERVICE | CONTACT DWR | FIND A STUDIO | DWR CREDIT CARD | AFFILIATE PROGRAM |
|---|---|---|---|---|

Privacy Policy

Copyright © 1999-2007 Design Within Reach. All rights reserved.



DESIGN
WITHIN
REACH

NEW LOWER SHIPPING RATES | SATISFACTION GUARANTEE | 1.800.944.2233 | CHAT LIVE

MY ACCOUNT · WISHLIST · VIEW CART (0)

SEARCH
KEYWORD OR PRODUCT #

DESIGNERS | REQUEST A CATALOG | FIND A STUDIO | DESIGN NOTES™ | ABOUT DWR

SHOP DWR

HIGHLIGHTS
The Modern Bed Sale
New Products
Eco-friendly
DWR Airstream Trailer
Outdoor
Classics
Accessories
On Sale: 50+ New Items

FUNCTION
Sit
Sleep
Store
Table
Lounge
Dine
Work
Light

SOLUTIONS
Sleep Sofas
Media Storage
Stackable Chairs
Extendable Tables
Chairs Under $200
Floor Coverings
Small Spaces
Gift Certificates

QUICK FIND
Aeron Chair
Albero Sofa
Barcelona Chair
Bottega Chair
Cubits Storage
Eames Lounge

# Chilewich Bound Runner - Large



bamboo.chalk     titanium     chestnut     bark

bamboo

**Additional Images**

Room Views

Detail Views

**Material**
Woven vinyl with polyurethane backing.

## Chilewich Bound Runner - Large
$325

Satisfaction Guarantee

- Add to Order
- Save to My Wish List
- Print this Page
- Email this Page

**Designer**
Sandy Chilewich

- Winner of the 2007 Material ConneXion Medium Award for textile design.

- Chilewich Bound Mats are available in custom sizes. Click here.

Sandy Chilewich has brought a new modern dimension to floor coverings with her flat-weave mats made of her company's pliant, proprietary vinyl called plynyl. Her Bound Mats, which won't fray at the edges, are available in several of her best-selling colors. Combining the visual interest of traditional floor coverings with the durability of synthetic materials, the Chilewich mats are soft, washable and stain resistant, impervious to spills and suitable to virtually any space, from high-traffic environments to next to the bed. A soft urethane backing prevents skidding or curling and adds cushioning. Bamboo charcoal has a dark green binding. All other colors have black binding. 5-year

Design Within Reach - Chilewich Bound Runner - Large

Page 2 of 3

8/27/2007

Flight Recliner
Saarinen Table
Sapien Bookcase
Twilight Sleep Sofa

VIEW ALL CATEGORIES

**Measurements**
W 2' L 9'

**Helpful Notes**
- Ships via Standard Service. View delivery options.

warranty. Made in U.S.A.

**CURRENT PRODUCT**

Chilewich Bound Runner - Large

Item # 10071



| Style | Price | Availability | Qty |
|---|---|---|---|
| BAMBOO-CHALK | $325 | IN STOCK | |
| TITANIUM | $325 | IN STOCK | |
| CHESTNUT | $325 | IN STOCK | |
| BARK | $325 | IN STOCK | |
| BAMBOO | $325 | IN STOCK | |

Save to Wish List

**RELATED PRODUCTS**

Chilewich Bound Runner - Small

Item # 10070

| Style | Price | Availability | Qty |
|---|---|---|---|
| BAMBOO-CHALK | $225 | IN STOCK | |
| TITANIUM | $225 | IN STOCK | |
| CHESTNUT | $225 | IN STOCK | |
| BARK | $225 | IN STOCK | |
| BAMBOO | $225 | IN STOCK | |

Save to Wish List

Design Within Reach - Chilewich Bound Runner - Large

CUSTOMER SERVICE

CONTACT DWR

FIND A STUDIO

**Shop with Confidence**
+ In Stock and Ready to Ship
+ Shipping Policies and Suggestions
+ About DWR.com

+ Satisfaction Guarantee
+ Privacy Policy

DWR CREDIT CARD

AFFILIATE PROGRAM

Privacy Policy

Copyright © 1999-2007 Design Within Reach. All rights reserved

NEW LOWER SHIPPING RATES  |  SATISFACTION GUARANTEE  |  1.800.944.2233  |  CHAT LIVE

SEARCH
|KEYWORD OR PRODUCT #

MY ACCOUNT  ·  WISHLIST  ·  VIEW CART (0)

DESIGNERS    REQUEST A CATALOG    FIND A STUDIO    DESIGN NOTES™    ABOUT DWR

DESIGN
WITHIN
REACH

SHOP DWR

HIGHLIGHTS
The Modern Bed Sale
New Products
Eco-friendly
DWR Airstream Trailer
Outdoor
Classics
Accessories
On Sale: 50+ New Items

FUNCTION
Sit
Sleep
Store
Table
Lounge
Dine
Work
Light

SOLUTIONS
Sleep Sofas
Media Storage
Stackable Chairs
Extendable Tables
Chairs Under $200
Floor Coverings
Small Spaces
Gift Certificates

QUICK FIND
Aeron Chair
Albero Sofa
Barcelona Chair
Bottega Chair
Cubits Storage
Eames Lounge

# Chilewich Bound Mat - Small



bark

bamboo charcoal

chestnut

titanium

bamboo.chalk

**Additional Images**

Room
Views

Detail
Views

**Material**
Woven vinyl with polyurethane backing.

**Measurements**
W 4'.4" D 6'

## Chilewich Bound Mat - Small
**$375**
Satisfaction Guarantee

- Add to Order
- Save to My Wish List
- Print this Page
- Email this Page
- Request a swatch

**Designer**
Sandy Chilewich

· Chilewich Bound Mats are available in custom sizes. Click here.

■ Winner of the 2007 Material ConneXion Medium Award for textile design.

Sandy Chilewich has brought a new modern dimension to floor coverings with her flat-weave mats made of her company's pliant, proprietary vinyl called plynyl. Her Bound Mats, which won't fray at the edges, are available in several of her best-selling colors. Combining the visual interest of traditional floor coverings with the durability of synthetic materials, the Chilewich mats are soft, washable and stain resistant, impervious to spills and suitable to virtually any space, from high-traffic environments to next to the bed. A soft urethane backing prevents skidding or curling and adds cushioning. Bamboo Charcoal has a dark green binding. All

Design Within Reach - Chilewich Bound Mat - Small

**Flight Recliner**
**Saarinen Table**
**Saplen Bookcase**
**Twilight Sleep Sofa**

VIEW ALL CATEGORIES

**Helpful Notes**
- Ships via Standard Service  View delivery options.

other colors have black binding. 5-year warranty. Made in U.S.A.

**CURRENT PRODUCT**

Chilewich Bound Mat - Small

Item # 9036

| Style | Price | Availability | Qty |
|---|---|---|---|
| BARK | $375 | IN STOCK | |
| CHESTNUT | $375 | IN STOCK | |
| BAMBOO.CHALK | $375 | IN STOCK | |
| TITANIUM | $375 | IN STOCK | |
| BAMBOO.CHARCOAL | $375 | IN STOCK | |

Save to Wish List

**RELATED PRODUCTS**

Chilewich Bound Mat - Large

Item # 9037

| Style | Price | Availability | Qty |
|---|---|---|---|
| CHESTNUT | $600 | IN STOCK | |
| BARK | $600 | IN STOCK | |
| TITANIUM | $600 | IN STOCK | |
| BAMBOO.CHALK | $600 | IN STOCK | |
| BAMBOO.CHARCOAL | $600 | IN STOCK | |

Save to Wish List

**Shop with Confidence**

Design Within Reach - Chilewich Bound Mat - Small

Page 3 of 3

| CUSTOMER SERVICE | CONTACT DWR | FIND A STUDIO | DWR CREDIT CARD | AFFILIATE PROGRAM |

+ In Stock and Ready to Ship
+ Shipping Policies and Suggestions
+ About DWR.com

+ Satisfaction Guarantee
+ Privacy Policy

Privacy Policy

Copyright © 1999-2007 Design Within Reach. All rights reserved.

8/27/2007



# DESIGN WITHIN REACH

NEW LOWER SHIPPING RATES  |  SATISFACTION GUARANTEE  |  1.800.944.2233  |  CHAT LIVE

MY ACCOUNT  •  WISHLIST  •  VIEW CART (0)

SEARCH [KEYWORD OR PRODUCT #]

DESIGNERS    REQUEST A CATALOG    FIND A STUDIO    DESIGN NOTES™    ABOUT DWR

**SHOP DWR**

**HIGHLIGHTS**
The Modern Bed Sale
New Products
Eco-friendly
DWR Airstream Trailer
Outdoor
Classics
Accessories
On Sale: 50+ New Items

**FUNCTION**
Sit
Sleep
Store
Table
Lounge
Dine
Work
Light

**SOLUTIONS**
Sleep Sofas
Media Storage
Stackable Chairs
Extendable Tables
Chairs Under $200
Floor Coverings
Small Spaces
Gift Certificates

**QUICK FIND**
Aeron Chair
Albero Sofa
Barcelona Chair
Bottega Chair
Cubits Storage
Eames Lounge

# Chilewich Bound Mat - Large



bark
bamboo charcoal

chestnut    titanium    bamboo chalk

**Additional Images**

Room Views    Detail Views

**Material**
Woven vinyl with polyurethane backing.

**Measurements**
W 6' D 9'

## Chilewich Bound Mat - Large
**$600**
Satisfaction Guarantee

- Add to Order
- Save to My Wish List
- Print this Page
- Email this Page
- Request a swatch

**Designer**
Sandy Chilewich

▪ Chilewich Bound Mats are available in custom sizes. Click here.

▪ Winner of the 2007 Material ConneXion Medium Award for textile design.

Sandy Chilewich has brought a new modern dimension to floor coverings with her flat-weave mats made of her company's pliant, proprietary vinyl called plynyl. Her Bound Mats, which won't fray at the edges, are available in several of her best-selling colors. Combining the visual interest of traditional floor coverings with the durability of synthetic materials, the Chilewich mats are soft, washable and stain resistant, impervious to spills and suitable to virtually any space, from high-traffic environments to next to the bed. A soft urethane backing prevents skidding or curling and adds cushioning. Bamboo Charcoal has a dark green binding. All

Design Within Reach - Chilewich Bound Mat - Large

**Flight Recliner**
**Saarinen Table**
**Sapien Bookcase**
**Twilight Sleep Sofa**

VIEW ALL CATEGORIES

**Helpful Notes**
■ Ships via Standard Service. View delivery options

other colors have black binding. 5-year warranty. Made in U.S.A.

**CURRENT PRODUCT**

Chilewich Bound Mat - Large

Item # 9037



| Style | Price | Availability | Qty |
|---|---|---|---|
| CHESTNUT | $600 | IN STOCK | |
| BARK | $600 | IN STOCK | |
| TITANIUM | $600 | IN STOCK | |
| BAMBOO.CHALK | $600 | IN STOCK | |
| BAMBOO.CHARCOAL | $600 | IN STOCK | |

Save to Wish List

**RELATED PRODUCTS**

Chilewich Bound Mat - Small

Item # 9036

| Style | Price | Availability | Qty |
|---|---|---|---|
| BARK | $375 | IN STOCK | |
| CHESTNUT | $375 | IN STOCK | |
| BAMBOO.CHALK | $375 | IN STOCK | |
| TITANIUM | $375 | IN STOCK | |
| BAMBOO.CHARCOAL | $375 | IN STOCK | |

Save to Wish List

**Shop with Confidence**

8/27/2007

Design Within Reach - Chilewich Bound Mat - Large

Page 3 of 3

| CUSTOMER SERVICE | CONTACT DWR | FIND A STUDIO | DWR CREDIT CARD | AFFILIATE PROGRAM |
|---|---|---|---|---|

+ In Stock and Ready to Ship
+ Shipping Policies and Suggestions
+ About DWR.com

+ Satisfaction Guarantee
+ Privacy Policy

Privacy Policy

Copyright © 1999-2007 Design Within Reach. All rights reserved.

8/27/2007



**Shop**   **Gift Ideas**   Catalog   Designers

What's New

Best Sellers

MoMA Feature: New
Home Décor

Books and Media

Furniture and Lighting

Home Accessories

Kitchen and Tabletop

Posters and Prints

Desk and Stationery

Jewelry and Watches

Personal Accessories

Games and Kids' Items

MUJI at MoMA

Holiday

Sale

Join MoMA and Save 10%

MoMA.org

Search Keyword or Item #

Other Designers

# Designer Bio



## Sandy Chilewich

Originally a jewelry designer, Chilewich co-founded HUE legwear in
1979. With partner Kathy Moskal, she revitalized the dormant
hosiery industry with innovative product design, packaging, and
merchandising. HUE was first to offer legwear in a wide spectrum
of colors and pioneered the use of Lycra blended with natural
fibers. In 1996, Ms. Chilewich opened her own design studio where
she applies her interest in strong color palettes and
experimentation with modern fibers and technologies to household
products. The Raybowls, the first product collection to emerge from
her studio, won the Best New Design award at the 1998 New York
International Gift Fair, and another award in 1999 from the
Industrial Designers Society of America.

1 - 14 of 19 items        Next

Products by this designer:



**Woven Placemat**
$13.00





**Engineered Squares
Placemats, Gold**
$15.00

MoMA Store - Sandy Chilewich



**Raymaille Napkin Ring Set**
$45.00

**Spun Vinyl Placemat, White**
$16.00

**Ribbon Placemats, Midnight**
$15.00

**Striped Placemats, Cool**
$13.00

**Passport Bag**
$68.00

**Small Stripes Coasters, Cool**
$16.00

**Chilewich Woven Rug, Bark Small**
$110.00

**Embroidered Wave Placemats, Orange**
$18.00

**Scratch Print Placemat**
$14.00

**Chilewich Woodgrain Bag**
$85.00

MoMA Store - Sandy Chilewich



**Dot Print Table Runner, Brown Green**
$65.00

**Dot Print Placemat, Steel Blue**
$16.00

1 - 14 of 19 items      Next

Sign up for MoMAstore e-mail news and offers

AppServer WCSAppP2 promoCode=

MoMA Store - Sandy Chilewich



**Shop    Gift Ideas    Catalog    Designers**

What's New

Best Sellers

MoMA Feature: New
Home Décor

Books and Media

Furniture and Lighting

Home Accessories

Kitchen and Tabletop

Posters and Prints

Desk and Stationery

Jewelry and Watches

Personal Accessories

Games and Kids' Items

MUJI at MoMA

Holiday

Sale

**Join MoMA and Save 10%**

MoMA.org

Search Keyword or Item #    ❯

## Designer Bio

### Other Designers

### Sandy Chilewich

Originally a jewelry designer, Chilewich co-founded HUE legwear in 1979. With partner Kathy Moskal, she revitalized the dormant hosiery industry with innovative product design, packaging, and merchandising. HUE was first to offer legwear in a wide spectrum of colors and pioneered the use of Lycra blended with natural fibers. In 1996, Ms. Chilewich opened her own design studio where she applies her interest in strong color palettes and experimentation with modern fibers and technologies to household products. The Raybowls, the first product collection to emerge from her studio, won the Best New Design award at the 1998 New York International Gift Fair, and another award in 1999 from the Industrial Designers Society of America.

Previous    15 - 19 of 19 items

Products by this designer:



**Woodgrain
Floormat, Large**
$315.00



**Basketweave
Placemats, Metallic
MoMA**
$14.00

MoMA Store - Sandy Chilewich



**Basketweave Coasters, Metallic MoMA**
$14.00

**Chilewich Messenger Bag**
$110.00

**Raybowls, Boomerang Green**
$48.00

« Previous    15 - 19 of 19 items

Sign up for MoMAstore e-mail news and offers

Order Anytime 1-800-447-6662

AppServer:WCSAppP2 promoCode=



MoMA Store - Basketweave Coasters



**Shop    Gift Ideas    Catalog    Designers**

What's New
Best Sellers
MoMA Feature: New
Home Décor
Books and Media
Furniture and Lighting
Home Accessories
Kitchen and Tabletop
Posters and Prints
Desk and Stationery
Jewelry and Watches
Personal Accessories
Games and Kids' Items
MUJI at MoMA
Holiday
Sale

**Join MoMA and Save 10%**

MoMA.org

Search Keyword or Item #

Item 1 of 19

# Sandy Chilewich

**Basketweave Coasters**
Sandy Chilewich, 2007

A modern alternative to table linens, these
easy-care rectangular coasters are made
from woven vinyl in a basketweave pattern
and come in two complementary colors.
Wipe clean. Set of 4. Metallic MoMA is only
available at MoMA.

ⓘ More information >

Designer Bio > Sandy Chilewich

Made in the USA

Size: 4"sq

Gift Wrap Available

Q Enlarge Image

**Metallic MoMA** Item# 67575

$14.00
**$12.60** Members                    Qty

**Ice** Item# 67576

$14.00
**$12.60** Members                    Qty

[ + Add to Cart ]

**Related Items**




Yanagi Flatware, Five
Piece Set
$45.00

Basketweave
Placemats
$14.00

MoMA Store - Basketweave Coasters



Order Anytime 1 800 447 6662

Sign up for MoMAstore e-mail news and offers    >

AppServer:WCSAppP2 promoCode=null

**Shop    Gift Ideas    Catalog    Designers**

What's New

Best Sellers

MoMA Feature: New
Home Décor

Books and Media

Furniture and Lighting

Home Accessories

Kitchen and Tabletop

Posters and Prints

Desk and Stationery

Jewelry and Watches

Personal Accessories

Games and Kids' Items

MUJI at MoMA

Holiday

Sale

Join MoMA and Save 10%

MoMA.org

Search Keyword or Item #

Item 5 of 19

# Sandy Chilewich



Enlarge image

**Related Items**



Striped Placemats
$13.00

Passport Bag
$68.00

## Chilewich Woven Rug
Sandy Chilewich, 2000

Woven of vinyl-coated polyester, these
natural-looking rugs are durable, stain
resistant and simple to clean. The rug is
rubber-backed to deter slipping.

Designer Bio > Sandy Chilewich

Made in the USA

Size: Small 2 x 3'; Medium 4 x 6'

Cannot be gift-wrapped.

**Bark Small** Item# 40300
**$110.00**
**$99.00** Members                          Qty

**Bark Medium** Item# 40301
**$315.00**
**$283.50** Members                         Qty

**Aluminum Small** Item#
40302
Item On Backorder
Estimated in stock 09/04
**$110.00**
**$99.00** Members                          Qty



MoMA Store - Chilewich Woven Rug, Bark Small

**Aluminum Medium** Item#
40303
Item On Backorder
**$315.00**
**$283.50** Members

Qty

**+ Add to Cart**

Order Anytime 1-800-447-6662

Sign up for MoMAstore e-mail news and offers

AppServer:WCSAppP2 promoCode=



Shop   Gift Ideas   Catalog   Designers

Search Keyword or Item #

Item 2 of 19

**Sandy Chilewich**

What's New

Best Sellers

MoMA Feature: New
Home Décor

Books and Media

Furniture and Lighting

Home Accessories

Kitchen and Tabletop

Posters and Prints

Desk and Stationery

Jewelry and Watches

Personal Accessories

Games and Kids' Items

MUJI at MoMA

Holiday

Sale

**Join MoMA and Save 10%**

MoMA.org

**Basketweave Placemats**
**Sandy Chilewich, 2007**

A modern alternative to table linens, these
easy-care rectangular placemats are made
from woven vinyl in a basketweave pattern
and come in two complementary colors.
Wipe clean. Metallic MoMA is only available
at MoMA.

ⓘ More information >

Designer Bio > Sandy Chilewich

Made in the USA

Size: 9l x 14"w

🎁 Gift Wrap Available

**Metallic MoMA** Item# 67572

$14.00
**$12.60** Members                    Qty

**Ice** Item# 67573

$14.00
**$12.60** Members                    Qty

[ + Add to Cart ]

🔍 Enlarge Image

**Related Items**

Basketweave
Coasters
$14.00

Yanagi Flatware, Five
Piece Set
$45.00



Sign up for MoMAstore e-mail news and offers    ˅

Order Anytime 1 800 447 6662

AppServer:WCSAppP2 promoCode=





**Shop**    **Gift Ideas**    **Catalog**    **Designers**

What's New

Best Sellers

MoMA Feature: New
Home Décor

Books and Media

Furniture and Lighting

Home Accessories

Kitchen and Tabletop

Posters and Prints

Desk and Stationery

Jewelry and Watches

Personal Accessories

Games and Kids' Items

MUJI at MoMA

Holiday

Sale

Join MoMA and Save 10%

MoMA.org

Search Keyword or Item #

Item 3 of 19

# Sandy Chilewich

**Chilewich Messenger Bag**
**Sandy Chilewich, 2007**

This sophisticated messenger bag, the first
from Sandy Chilewich, is made from black
and white vinyl yarn in a basketweave
pattern. Durable, stain-resistant, and easy
to clean.

ⓘ More information >

Designer Bio > Sandy Chilewich

Size: 10.5h x 15.5w x 3"d; Adjustable
strap up to 49"l

🎁 Gift Wrap Available

Item# 67339

**$110.00**
**$99.00** Members

Qty

**+ Add to Cart**

🔍 Enlarge Image

**Related Items**

Chilewich Woodgrain
Bag
$85.00

Woodgrain Floormat
$110.00 - $315.00

MoMA Store - Chilewich Messenger Bag



Order Anytime 1-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

Sign up for MoMAstore e-mail news and offers    >

AppServer WCSAppP2 promoCode=

# ★macy's

**What SHIPS FOR FREE this week? find out now!**

shopping bag: 0 🛒

sign in | register
my account

| for the home | bed & bath | women | men | juniors | kids | beauty | shoes | handbags & accessories | jewelry & watches | sale |

SEARCH    GO ▸

STORES    GIFTS & GIFT CARDS

WEDDING REGISTRY

HELP ⑦

SEARCH RESULTS FOR "**chilewich**": **6** ITEMS FOUND

◉ **NARROW RESULTS**

**SORT BY**   Select One

Items Per Page:   **24**

Page 1 of 1 | **1**

**PRICE**
$10 to $14.99 (3)
$15 to $19.99 (2)
$20 to $39.99 (1)
$40 to $80 (2)

**COLOR**
Green (4)    Beige (2)
Blue (2)     White (2)
Yellow (2)   Black (1)
Brown (1)    Orange (1)
Pink (1)     Purple (1)
more...



Chilewich® Engineered Squares Vinyl Placemat, 19" x 14"
**Reg. $20.00**
**Sale $14.99**
☐ Compare

Chilewich "Woven Lattice" Table Linens
**$20.00 - 60.00**
☐ Compare

Chilewich® Basketweave Woven Vinyl Placemat, 19" x 14"
**$15.00**
☐ Compare

Chilewich® Bamboo Woven Vinyl Placemat, 19" x 14"
**$15.00**
☐ Compare



**CLOSEOUT!**
Chilewich "Spun Vinyl"
Table Linens
**Orig. $20.00 - 60.00**
**Now $14.97 - 44.97**
☐ Compare

**CLOSEOUT!**
Chilewich® Vintage
Checks Vinyl Placemat,
19" x 14"
**Orig. $15.00**
**Now $10.97**
☐ Compare

Page 1 of 1 | **1**

**COMPARE SELECTED ITEMS**



wedding
bells ringing?
find the perfect gift @
macysweddingchannel.com

**OUR STORES**

Store Locations & Hours
This Week In Stores
Tell Us What You Think

Catalogs
Store Events
About Macy's

Customer Service
Macy's Credit Card
View Credit Account
Order Tracking
Shipping Information

|       Contact Us

**Shop with Confidence:**    Easy Returns    |    Secure Shopping    |    Privacy Policy    |    Macy's Investors

Check out:   **macysJOBS.com**    **Macy's, Inc.**

Visually impaired customers: download our new user assistance tool

©2007 macys.com is a registered trademark. All rights reserved.

Macys.com, Inc., 22 4th Street, San Francisco, CA 94103-3131.
Request our corporate name and address by email. click here.

Read our Privacy Policy, Your California Privacy Rights, Legal Notice, Pricing Policy.

Macy*s - Dining & Entertaining - Chilewich® Basketweave Woven Vinyl Placemat, 19" x 14"

Page 1 of 3

★macy's

shopping bag: 0 ▣
sign in | register
my account

| for the home | bed & bath | women | men | juniors | kids | beauty | shoes | handbags & accessories | jewelry & watches | sale |

SEARCH    GO ▸

STORES    GIFTS & GIFT CARDS    WEDDING REGISTRY

Dining & Entertaining > Table Linens

**dining & entertaining**

SALE & CLEARANCE

**DINING**
Casual China
Drinkware & Bar
Fine China
Flatware
Serveware

**Table Linens**
• Solid Table Linens
• Patterned Table Linens
• Tablecloths
• Place Mats & Runners
• Napkins & Napkin Rings

**DECORATIVE ACCENTS**
Bowls
Candleholders
Vases
MORE

**BRANDS**
Calvin Klein
Fiesta
kate spade
Lenox
Martha Stewart Collection
Mikasa
Noritake
Vera Wang
Villeroy & Boch



**⁇ zoom & more views**

Aluminum    Balsa    Dark    Black

### Chilewich® Basketweave Woven Vinyl Placemat, 19" x 14"
**$15.00**

The perfect modern accent for your tabletop, this innovative placemat is extremely functional and durable and adds a hint of spunk to any dining experience. Evocative of elements found in nature, these placemats are available in a variety of colors. Tiny square pattern.

**details    shipping & returns**

• Woven vinyl-coated polyester
• Wipe clean with soap and water
• Made in USA

**Overall Rating ★★★★★ 5 out of 5**

**1 of 1 (100%)** customers would recommend this product to a friend.

Read all reviews   Write a review

**color**                                    **qty**

Select Color                                  1

reset selection

Macy*s - Dining & Entertaining - Chilewich® Basketweave Woven Vinyl Placemat, 19" x 14"

Page 2 of 3

Waterford
Wedgwood
MORE BRANDS

$15.00

**ADD TO WISHLIST**    **ADD TO BAG**

: : Email To A Friend  A Compare To Best Sellers

Caramel    Chestnut    Gold    Ice

Seagreen    Wheat

we suggest:



Fiesta®
Dinnerware
$6.00 -
160.00

Frango Mints -
1 lb. Box
$17.00

Sharper
Image™ Noise
Cancellation
Headphones
⚫ Everyday
Value
$39.98

**product reviews**

review this product

Overall Rating: ★ ★ ★ ★ ★ 5 out of 5

Placemats, October 10, 2006
By Hostess from San Francisco, CA ⚑ (read all my reviews)

"If you are tired of cloth placemats that shrink the first time you laundry them but want something stylish, these are the ones for you. Wipes clean with a wet cloth, colors are interesting enough that you can use many styles of napkins and dishes. Always receive compliments from company when I use them."

**How often do you shop at macys.com?:** Occasionally
**Are you a Macy's Credit Card holder?:** Yes
1 of 1 people found this review helpful.

Macy*s - Dining & Entertaining - Chilewich® Basketweave Woven Vinyl Placemat, 19" x 14"

Was this review helpful to you?  Yes  No  (Report Inappropriate Review)



wedding
bells ringing?
find the perfect gift @
macysweddingchannel.com

**OUR STORES**

| | | |
|---|---|---|
| Store Locations & Hours | Catalogs | Customer Service |
| This Week In Stores | Store Events | Macy's Credit Card |
| Tell Us What You Think | About Macy's | View Credit Account |
| | | Order Tracking |
| | | Shipping Information |

**Shop with Confidence:**    Easy Returns    |    Secure Shopping    |    Privacy Policy    |    Contact Us

Check out:  **macysJOBS.com**    **Macy's, Inc.**    **Macy's Investors**

Visually impaired customers: download our new user assistance tool

©2007 macys.com is a registered trademark. All rights reserved.

Macys.com, Inc., 22 4th Street, San Francisco, CA 94103-3131.
Request our corporate name and address by email. click here.

Read our Privacy Policy, Your California Privacy Rights, Legal Notice, Pricing Policy.

Bloomingdale's: chilewich - Bloomingdales.com



Bloomingdale's: chilewich - Bloomingdales.com

Page 2 of 2



FAQ | Legal Notice | Privacy Policy | Your CA Privacy Rights | Site Map
©2007 Bloomingdale's, Inc. 1000 Third Avenue New York, NY 10022.
To request our corporate name and address by email, click here.



Basket Weave Placemats by Chilewich - Home - Bloomingdales.com



$15.75

Chilewich
$11.60 - 14.00

$5.00 - 14.00

Wedgwood
$16.00 - 250.00

Klein
$9.00 - 50.00

CUSTOMER SERVICE    MY ACCOUNT    ABOUT BLOOMINGDALE'S    LOCATIONS & EVENTS    SHOPPING SERVICES    JOIN OUR EMAIL LIST    yourname@xyz.com    GO

like no other store in the world

FAQs | Legal Notice | Privacy Policy | Your CA Privacy Rights | Site Map
© 2007 Bloomingdale's, Inc. 1000 Third Avenue New York, NY 10022
To request our corporate name and address by email, click here.

Sur La Table

# Sur la table

**THE ART & SOUL OF COOKING**

SIGN IN / REGISTER
MY ACCOUNT
TRACK AN ORDER
GIFT CARDS

SHOPPING CART
[ 0 items ]

Search keyword or item#    GO

TABLETOP & SERVING | BAKEWARE | COOKWARE | CUTLERY | KITCHEN & BAR TOOLS | ELECTRICS | COFFEE & TEA | BOOKS & FOOD | HOUSEWARES | SALE

## Search Results

We found 8 item(s) matching your search for chilewich.

_____ All                                 _____ Favorites



**Chilewich Bamboo
Placemats**
$12.95

**Chilewich
Basketweave
Placemats**
$12.95

**Chilewich Coasters,
Sets of 4**
$16.95



**Chilewich Engineered
Square Placemat**
$15.95













Sur La Table

| Chilewich Rectangular Floor Mats $109.95 - $519.95 | Chilewich Round Basketweave Placemats $13.95 | Chilewich Shag Floor Mats $42.95 - $72.95 | Chilewich Table Runners $40.95 |

BRANDS    CATALOG    GIFTS  ·  STORE LOCATIONS & EVENTS  ·  GIFT REGISTRY  ·  CULINARY PROGRAM  ·  RECIPES

SIGN UP FOR NEWS & EVENTS | Enter Email Address | SUBSCRIBE

Home | Company Info | Careers | Privacy & Legal | Guarantee | Site Map | Customer Service

For assistance, call 800.243.0852

©2007 Sur La Table - All Rights Reserved

HACKER SAFE
TLS1fa27-AUC

# Sur la table

**THE ART & SOUL OF COOKING**

SIGN IN / REGISTER
MY ACCOUNT
TRACK AN ORDER
GIFT CARDS

SHOPPING CART
[ 0 items ]

Search keyword or item#   GO

| TABLETOP & SERVING | BAKEWARE | COOKWARE | CUTLERY | KITCHEN & BAR TOOLS | ELECTRICS | COFFEE & TEA | BOOKS & FOOD | HOUSEWARES | SALE |

Home | Brands | Chilewich | Chilewich Basketweave Placemats

Back to search results

◀ Previous | Next ▶



COLOR CHOICES

## Chilewich Basketweave Placemats

Modern meets maintenance-free. Sophisticated woven placemats by award-winning textile designer Sandy Chilewich. Especially stunning under our contemporary place settings. Durable vinyl-weave wipes clean. 19 x 14 in.

| Product | | Qty | Price |
|---|---|---|---|
| Chilewich Basketweave Placemats | | 1 | $12.95 |

Select a Color

TELL A FRIEND

ADD TO CART

FEATURES   FULL STORY

- Manufacturer: Chilewich
- Care: Clean with soap and water, a damp rag or sponge can be used, do not iron
- Dimensions: 14" x 19"
- Material: Vinyl

BENEFITS:

- Innovative use of yarn fuses style and sophistication to create a modern alternative in tabletop dressing.

## OTHER PRODUCTS YOU MAY LIKE



**Cotton Dobby Napkins**
$2.95

**Chilewich Round Basketweave Placemats**
$13.95

**Chilewich Rectangular Floor Mats**
$109.95 - $519.95

**Chilewich Table Runners**
$40.95

BRANDS    CATALOG    GIFTS    STORE LOCATIONS & EVENTS    GIFT REGISTRY    CULINARY PROGRAM    RECIPES

SIGN UP FOR NEWS & EVENTS | Enter Email Address    SUBSCRIBE

Home | Company Info | Careers | Privacy & Legal | Guarantee | Site Map | Customer Service

For assistance, call 800.243.0852
©2007 Sur La Table - All Rights Reserved


HACKER SAFE
TESTED 27-AUG

# Sur la table
### THE ART & SOUL OF COOKING

| TABLETOP & SERVING | BAKEWARE | COOKWARE | CUTLERY | KITCHEN & BAR TOOLS |

SIGN IN / REGISTER
MY ACCOUNT
TRACK AN ORDER
GIFT CARDS

SHOPPING CART
[ 0 items ]

| ELECTRICS | COFFEE & TEA | BOOKS & FOOD | HOUSEWARES | SALE |

Search keyword or item #    GO

◀ Previous | Next ▶

Home | Brands | Chilewich | Chilewich Coasters, Sets of 4

Back to search results



ZOOM / ADDITIONAL VIEWS

COLOR CHOICES

## Chilewich Coasters, Sets of 4

Modern meets maintenance-free: woven vinyl table and floor mats by award-winning textile designer Sandy Chilewich. Made in the USA.

| Product | Qty | Price |
|---|---|---|
| Chilewich Coasters, Sets of 4 | 1 | $16.95 |

Select a Color

TELL A FRIEND

ADD TO CART

**FEATURES**    FULL STORY

**BENEFITS:**

- Manufacturer: Chilewich
- Care: Clean with soap and water, a damp rag or sponge can be used, do not iron
- Dimensions: 4" x 4"
- Material: Vinyl

Chilewich Coasters, Sets of 4 - Chilewich - Brands - Sur La Table

- Innovative use of yarn fuses style and sophistication to create a modern alternative in tabletop dressing.

## OTHER PRODUCTS YOU MAY LIKE



**Chilewich Basketweave Placemats**
$12.95

**Chilewich Bamboo Placemats**
$12.95

**Chilewich Round Basketweave Placemats**
$13.95

**Twig Placemats, Set of 4 Red**
$23.50
Red

BRANDS    CATALOG    GIFTS    STORE LOCATIONS & EVENTS    GIFT REGISTRY    CULINARY PROGRAM    RECIPES

SIGN UP FOR NEWS & EVENTS |Enter Email Address    SUBSCRIBE

Home | Company Info | Careers | Privacy & Legal | Guarantee | Site Map | Customer Service

For assistance, call 800.243.0852
©2007 Sur La Table - All Rights Reserved



HACKER SAFE
TESTED 27-AUG

Page 1 of 2

# Sur la table
### THE ART & SOUL OF COOKING

SIGN IN / REGISTER
MY ACCOUNT
TRACK AN ORDER
GIFT CARDS

SHOPPING CART
[ 0 items ]

Search keyword or item#    GO

TABLETOP & SERVING | BAKEWARE | COOKWARE | CUTLERY | KITCHEN & BAR TOOLS | ELECTRICS | COFFEE & TEA | BOOKS & FOOD | **HOUSEWARES** | SALE

Home | Housewares | Floor Mats & Rugs | Chilewich Rectangular Floor Mats

◀ Previous | Next ▶

Back to search results



COLOR CHOICES

## Chilewich Rectangular Floor Mats

A chic way to cushion feet and legs anywhere you use it, with shock-absorbing, commercial-grade backing. Easy to care for—sweep, vacuum or spot clean.

| Product | Qty | Price |
|---|---|---|
| Chilewich Rectangular Floor Mats | 1 | $109.95 - $519.95 |

First, Select a color.

Select a Size

ADD TO CART

TELL A FRIEND

FEATURES    FULL STORY

- Manufacturer: Chilewich
- Care: Clean with soap and water, a damp rag or sponge can be used, do not iron
- Dimensions: 2'2" x 3'
- Material: Vinyl

**BENEFITS:**

- It is bonded for high-performance with a flexible commercial grade backing.

OTHER PRODUCTS YOU MAY LIKE



**Chilewich Basketweave Placemats**
$12.95

**Chilewich Coasters, Sets of 4**
$16.95

**Chilewich Table Runners**
$40.95

**Chilewich Bamboo Placemats**
$12.95

BRANDS    CATALOG    GIFTS    STORE LOCATIONS & EVENTS    GIFT REGISTRY    CULINARY PROGRAM    RECIPES

SIGN UP FOR NEWS & EVENTS  Enter Email Address  SUBSCRIBE

Home | Company Info | Careers | Privacy & Legal | Guarantee | Site Map | Customer Service

For assistance, call 800.243.0852

©2007 Sur La Table - All Rights Reserved



# Sur la table

**THE ART & SOUL OF COOKING**

SIGN IN / REGISTER
MY ACCOUNT
TRACK AN ORDER
GIFT CARDS

SHOPPING CART
[ 0 items ]

Search keyword or item#    GO

TABLETOP & SERVING   BAKEWARE   COOKWARE   CUTLERY   KITCHEN & BAR TOOLS   ELECTRICS   COFFEE & TEA   BOOKS & FOOD   HOUSEWARES   SALE

Home | Brands | Chilewich | Chilewich Round Basketweave Placemats

Back to search results

◀ Previous | Next ▶

## Chilewich Round Basketweave Placemats

Modern meets maintenance-free: woven vinyl table mats by award-winning textile designer Sandy Chilewich. Made in the USA.



ZOOM / ADDITIONAL VIEWS

**COLOR CHOICES**

| Product | Qty | Price |
|---|---|---|
| Chilewich Round Basketweave Placemats | 1 | $13.95 |

Select a Color

ADD TO CART

TELL A FRIEND

**FEATURES**    FULL STORY

- Manufacturer: Chilewich
- Care: Clean with soap and water, a damp rag or sponge can be used, do not iron
- Dimensions: 16"
- Material: Vinyl

**BENEFITS:**



- Innovative use of yarn fuses style and sophistication to create a modern alternative in tabletop dressing.

OTHER PRODUCTS YOU MAY LIKE

**Chilewich Basketweave Placemats**
$12.95

**Chilewich Coasters, Sets of 4**
$16.95

**Chilewich Table Runners**
$40.95

**Chilewich Rectangular Floor Mats**
$109.95 - $519.95

BRANDS · CATALOG · GIFTS · STORE LOCATIONS & EVENTS · GIFT REGISTRY · CULINARY PROGRAM · RECIPES

SIGN UP FOR NEWS & EVENTS | Enter Email Address | SUBSCRIBE

Home | Company Info | Careers | Privacy & Legal | Guarantee | Site Map | Customer Service

For assistance, call 800.243.0852
©2007 Sur La Table - All Rights Reserved



HACKER SAFE
TESTED 27-AUG

# Sur la table

### THE ART & SOUL OF COOKING

SIGN IN / REGISTER
MY ACCOUNT
TRACK AN ORDER
GIFT CARDS

SHOPPING CART
[ 0 items ]

Search keyword or item#   **GO**

TABLETOP & SERVING | BAKEWARE | COOKWARE | CUTLERY | KITCHEN & BAR TOOLS | ELECTRICS | COFFEE & TEA | BOOKS & FOOD | HOUSEWARES | SALE

Home | Tabletop & Serving | Linens | Tablecloths & Runners | Chilewich Table Runners

Back to search results

◄ Previous |



COLOR CHOICES

# Chilewich Table Runners

Modern meets maintenance-free: woven vinyl table mats by award-winning textile designer Sandy Chilewich. Made in the USA.

| Product | Qty | Price |
| --- | --- | --- |
| Chilewich Table Runners | 1 | $40.95 |

Select a Color

TELL A FRIEND

**ADD TO CART**

**FEATURES**      FULL STORY

- Manufacturer: Chilewich
- Care: Clean with soap and water, a damp rag or sponge can be used, do not iron
- Dimensions: 14" x 72"
- Material: Vinyl

**BENEFITS:**



- Innovative use of yarn fuses style and sophistication to create a modern alternative in tabletop dressing.

OTHER PRODUCTS YOU MAY LIKE

**Chilewich Basketweave Placemats**
$12.95

**Chilewich Coasters, Sets of 4**
$16.95

**Chilewich Round Basketweave Placemats**
$13.95

**Cotton Dobby Napkins**
$2.95

BRANDS    CATALOG    GIFTS    STORE LOCATIONS & EVENTS    GIFT REGISTRY    CULINARY PROGRAM    RECIPES

SIGN UP FOR NEWS & EVENTS    Enter Email Address    SUBSCRIBE

Home | Company Info | Careers | Privacy & Legal | Guarantee | Site Map | Customer Service

For assistance, call 800.243.0852

©2007 Sur La Table - All Rights Reserved

HACKER SAFE
TESTED 27-AUG

Chilewich

View Cart | My Account / Order Status | Help

## 110% Low Price Guarantee



Search

**Go**

Shop By Price

Shop By Price

Shop By Category

▸ Awesome Deals !!

▸ **Designers**
▸ Modern Accessories
▸ Modern Art
▸ Modern Baby & Kids
▸ Modern Bedding
▸ Modern Entertaining
▸ Modern Furniture
▸ Modern Kitchen & Bath
▸ Modern Lighting
▸ Modern Rugs

Quick Links

▸ **Whats New!**
▸ **Current Promotions!**
▸ **Why Shop at Mod Decor?**
▸ **Preferred Customer program**
▸ **Designer Discounts**
▸ **Customer Service**



Live
**Help**
online

**click to chat**
FREE chat by Volusion

You are here: Home > Designers > Chilewich

**Sandy Chilewich**
In her New York based studio, Sandy Chilewich applies her interest in color and experimentation with fibers to create her signature textile, woven vinyl. Her innovative use of yarn fuses style and sophistication to create tablemats, bags, cube ottomans and Plynyl flooring, available as floormats, w2w and tile.

In 1978 she co-founded HUE, the womenis legwear company. HUE is credited with revolutionizing the legwear market with their innovations in design, packaging and merchandizing. The company was sold in 1992 with sales grossing $40 million and it is still a thriving brand in the hosiery world today.

After HUE, she created her New York City based design studio and continued developing her fascination with textiles. RayBowls™, the first effort of her new studio, was introduced in November of 1997 and met with instant success. RayBowls™has a simple and inventive mechanism for making fabric concave with covers made from stretch netting usually found in lingerie. RayBowls™ received a Mechanical and Utility patent for the process of making the fabric concave.

Chilewich has won many awards including Best New Design Award at the 1998 New York International Gift Fair; in 1999 an award from the Industrial Designers Society of America for RayBowlsTM and an ICFF Award for Plynyl at the 2001 International Contemporary Furniture Fair in New York.

**Take an additional 5% Off all Chilewich orders over $250. Please use voucher code: mats5**



**Sort By:** Newest



15 per page

**Page 1**    **of 2**

**NEXT PAGE** »

Chilewich

## Why Shop Mod Decor?

**No Sales Tax**
Except for MD residents
**Free Shipping**
On most orders over $100
**30 Day No Hassle Return Policy**
If you don't like it just return it
**Preferred Customers**
Save even more
**Only Charged**
When your order ships
**Google Checkout**
If you prefer

**Join our mailing list!**

Join Now



**NEW! Chilewich Small/Big Stripe Half Inch Sunbrella BOUND Floormats**
**Our Price: $157.00** 
Chilewich Small/Big Stripe Bound Floormats are ideal for residential and commercial uses. Price for 2'2"x3' floormat. Available in three (6) stripe patterns/colors and four (4) sizes.



**NEW! Chilewich WoodGrain Half Inch Sunbrella BOUND Floormats**
**Our Price: $157.00** 
Chilewich WoodGrain Bound Floormats are ideal for residential and commercial uses. Price for 2'2"x3' floormat. Available in four (4) stripe patterns/colors and four (4) sizes.



**NEW! Chilewich Bamboo Half Inch Sunbrella BOUND Floormats**
**Our Price: $157.00** 
Chilewich Bamboo Bound Floormats are ideal for residential and commercial uses. Price for 2'2"x3' floormat. Available in seven (7) patterns/colors and four (4) sizes.



**NEW! Chilewich Ribbon Tablemats**
**Our Price: $56.00** 
Ribbon Rectangle Tablemats only. Price for 14"x19" tablemat set(4). Available in Three (3) patterns/colors.



**NEW! Chilewich Basketweave Half Inch Sunbrella BOUND Floormats**
**Our Price: $157.00** 
Chilewich Basketweave Bound Floormats are ideal for residential and commercial uses. Price for 2'2"x3' floormat. Available in ten (10) patterns/colors and six (6) sizes.



**NEW! Chilewich Spun Vinyl Doormat**
**Our Price: $47.00** 
Chilewich Shag Indoor/Outdoor Mats come in multiple sizes and color, and are waterproof for outdoor use. Available in five (5) colors and two sizes.





**NEW! Chilewich WoodGrain Floormats**

**Our Price: $100.00**

Chilewich WoodGrain floormats are ideal for residential and commercial uses. Price for 2'2"x3' floormat. Available in four (4) stripe patterns/colors and four (4) sizes.



**NEW! Chilewich Mixed Stripes Tablemats and Runners**

**Our Price: $55.00**

Chilewich Mixed Stripes Tablemats and Runners. Price for 14"x19" tablemat set(4). Available in Two (2) patterns/colors.



**NEW! Chilewich WoodGrains Tablemats and Runners**

**Our Price: $55.00**

Chilewich WoodGrains Tablemats and Runners. Price for 14"x19" tablemat set(4). Available in Four (4) patterns/colors.





**Chilewich Jacquards Lily Tablemats**

**Our Price: $45.00 per tablemat set (4)**

Jacquard Lily Tablemats, one of Chilewich's newest styles. Price for tablemat set(4). Available in three (3) colors. Available from Feb 1, 2007.



**Chilewich Embroidered Vine Tablemats**

**Our Price: $71.00 per tablemat set (4)**

Embroidered Vine Tablemats, one of Chilewich's newest styles. Price for tablemat set(4). Available in two colors. Available from Feb 1, 2007.



**Chilewich Jacquards Leaf Tablemats**

**Our Price: $45.00 per tablemat set (4)**

Jacquard Leaf Tablemats, one of Chilewich's newest styles. Price for tablemat set(4). Available in three (3) colors. Available from Feb 1, 2007.

Cnilewich

Cutlewich

**Chilewich Embroidered Wave Tablemats**
**Our Price: $71.00 per tablemat set (4)** 🐾
Embroidered Wave Tablemats, one of Chilewich's newest styles. Price for tablemat set(4). Available in two colors. Available from Feb 1, 2007.



**Chilewich Bamboo Tablemats and Runners**
**Our Price: $47.00** 🐾
Bamboo Rectangle, Square Tablemats and Runners. Price for 14"x19" tablemat set(4). Available in eight (8) patterns/colors.

**Chilewich Engineered Rectangles Tablemats**
**Our Price: $59.00 per tablemat set (4)** 🐾
Engineered Rectangles Tablemats, one of Chilewich's most popular styles. Price for tablemat set(4). Available in three (3) patterns/colors.

NEXT PAGE »

Bookmark Us

**Mod Decor**
design@moddecor.com
(866) 729-1156

About Us        Become an Affiliate        Privacy Policy        Send Us Feedback

Company Info | Advertising | Product Index | Category Index | Help | Terms of Use
Copyright © 2004 Mod Decor Gallery, LLC.. All Rights Reserved.
Powered by Volusion eCommerce. Designed & Implemented by CoreSphere

Chilewich Basketweave Tablemats and Runners

View Cart | My Account / Order Status | Help

## 110% Low Price Guarantee

Search

**Go**

Shop By Price

Shop By Price

Shop By Category

- Awesome Deals !!
- Designers
- Modern Accessories
- Modern Art
- Modern Baby & Kids
- Modern Bedding
- Modern Entertaining
- Modern Furniture
- Modern Kitchen & Bath
- Modern Lighting
- Modern Rugs

Quick Links

- Whats New!
- Current Promotions!
- Why Shop at Mod Decor?
- Preferred Customer program
- Designer Discounts
- Customer Service

Live Help online

FREE chat by Volusion

Home > Modern Accessories > Modern Placemats >

## Chilewich Basketweave Tablemats and Runners

Product Details    More Info (colors, care, etc.)

MORE PHOTOS

EMAIL A FRIEND

**\*\*Low price guarantee**

**Our Price: $47.00**

UPDATE PRICE

**Dimensions:** 14"x19", 14"x13", Dia 16", and 14"x72"
**Material:** Woven Vinyl, Basketweave
**Color:** See More Info for patterns & color choices
**Designer:** Sandy Chilewich

🚚  FREE SHIPPING with orders over $100

**Availability:** Usually Ships in 1 to 2 Weeks
*Product Code: CH-BSKTWPM*

Choose your Options...

### Select a size

⑦ First, Select Select a size

### a pattern/material

Chilewich ⑦ Then, Select a pattern/material materials\*:

Qty: 1

ADD TO CART

ADD TO WISH LIST  ✯

Related Products

## Why Shop Mod Decor?

**No Sales Tax**
Except for MD residents

**Free Shipping**
On most orders over $100

**30 Day No Hassle Return Policy**
If you don't like it just return it

**Preferred Customers**
Save even more

**Only Charged**
When your order ships

**Google Checkout**
If you prefer

**Join our mailing list!**

[ Join Now ]

## BASKETWEAVE COLOR/PATTERN

black

## MINI BASKETWEAVE COLOR/PATTERN

espresso     dark grey     heather grey     light grey

**Chilewich Shag Indoor/Outdoor Mats**
**Our Price: $39.00**
Add ☐

**Chilewich Lattice Tablemats and Runners**
**Our Price: $59.00**
Add ☐

**Chilewich Spun Vinyl Tablemats and Runners**
**Our Price: $59.00**
Add ☐



Share your knowledge of this product with other customers... Be the first to write a review.

CERTIFIED volusion SSL SECURE CLICK TO VERIFY

VERIFIED Authorize.Net Click to Verify
Credit Card Processing

Chilewich Basketweave Tablemats and Runners

**Browse for more products in the same category as this item:**

Modern Accessories > Modern Placemats
Designers > Chilewich
Modern Accessories
Designers
Shop by Recipient > For Her
Shop by Occassion > Hostess Gifts
Shop by Recipient > For the Trendsetter
Shop by Occassion
Shop by Recipient

 **My Recent History**

● Chilewich Basketweave Tablemats and Runners **$47.00**

**TURN HISTORY OFF »**





**Mod Decor**
design@moddecor.com
(866) 729-1156

| About Us | Become an Affiliate | Privacy Policy | Send Us Feedback |
|---|---|---|---|

Company Info | Advertising | Product Index | Category Index | Help | Terms of Use
Copyright © 2004 Mod Decor Gallery, LLC... All Rights Reserved.
Powered by Volusion eCommerce. Designed & Implemented by CoreSphere

**CLEAR**

**CLEAR ALL »**

**Bookmark Us**

View Cart | My Account / Order Status | Help

## 110% Low Price Guarantee


Live Help
online
click to chat
FREE chat by Volusion

Search [    ] **Go**

Shop By Price
Shop By Price

Shop By Category
▸ Awesome Deals !!
▸ Designers
▸ Modern Accessories
▸ Modern Art
▸ Modern Baby & Kids
▸ Modern Bedding
▸ Modern Entertaining
▸ Modern Furniture
▸ Modern Kitchen & Bath
▸ Modern Lighting
▸ Modern Rugs

Quick Links
▸ Whats New!
▸ Current Promotions!
▸ Why Shop at Mod Decor?
▸ Preferred Customer program
▸ Designer Discounts
▸ Customer Service

Home > Modern Accessories > Modern Placemats >

## Chilewich Basketweave Tablemats and Runners



MORE PHOTOS 📷
EMAIL A FRIEND ✉

**Product Details**    **More Info (colors, care, etc.)**

****Low price guarantee**

**Our Price: $47.00**
UPDATE PRICE 🔧

**Dimensions:** 14"x19", 14"x13", Dia 16", and 14"x72"
**Material:** Woven Vinyl, Basketweave
**Color:** See More Info for patterns & color choices
**Designer:** Sandy Chilewich

🚚 FREE SHIPPING with Orders over $100

**Availability:** Usually Ships in 1 to 2 Weeks
*Product Code: CH-BSKTWPM*

Choose your Options...

## Select a size


ⓐ First, Select Select a size

## a pattern/material


Chilewich ② Then, Select a pattern/material
materials*: [        ]

Qty: 1

ADD TO CART 🔧      ADD TO WISH LIST ⭐

**Related Products**

## Why Shop Mod Decor?

**No Sales Tax**
Except for MD residents

**Free Shipping**
On most orders over $100

**30 Day No Hassle Return Policy**
If you don't like it just return it

**Preferred Customers**
Save even more

**Only Charged**
When your order ships

**Google Checkout**
If you prefer

**Join our mailing list!**

[ Join Now ]

CERTIFIED
volusion
SSL
SECURE SITE
CLICK TO VERIFY

Authorize.Net
CLICK TO VERIFY

Credit Card Processing

Chilewich tablemats are available in a wide variety of weaves, colors and patterns These tablemats are very modern and yet easy to maintain. They are durable and washable. New weaves and patterns are released by Chilewich every season.

**See More Info for patterns & color choices.**

The Basketweave tablemats are available in the following sizes

| | |
|---|---|
| Rectangles: | 14" x 19" |
| Squares: | 14" x 13" |
| Rounds: | Dia 16" |
| Runners: | 14" x 72" |

Tablemats are sold in sets of four (4) only. Prices listed for tablemats are for a set of four (4) tablemats.

Runners are sold individually. Price difference as shown is for a single runner.

Share your knowledge of this product with other customers... Be the first to write a review.

**Browse for more products in the same category as this item:**

Modern Accessories > Modern Placemats
Designers > Chilewich
Modern Accessories
Designers
Shop by Recipient > For Her
Shop by Occassion > Hostess Gifts
Shop by Recipient > For the Trendsetter
Shop by Occassion
Shop by Recipient

 My Recent History

**Chilewich Spun Vinyl Tablemats and Runners**
Our Price: $59.00

Add ☐

**Chilewich Shag Indoor/Outdoor Mats**
Our Price: $39.00

Add ☐

**Chilewich Lattice Tablemats and Runners**
Our Price: $59.00

Add ☐

CLEAR

CLEAR ALL »

Bookmark Us

● Chilewich Basketweave Tablemats and Runners **$47.00**

TURN HISTORY OFF »



**About Us**

**Become an Affiliate**

**Privacy Policy**

**Send Us Feedback**

Company Info | Advertising | Product Index | Category Index | Help | Terms of Use
Copyright © 2004 Mod Decor Gallery, LLC. All Rights Reserved.
Powered by Volusion eCommerce Designed & Implemented by CoreSphere

**Mod Decor**
design@moddecor.com
(866) 729-1156

Vivi: Store Catalog



Previous Page | View Cart

## Shop Online

ART

FORM &
FUNCTION

HOME
ACCESSORIES

TABLETOP
- Dinnerware
- Glassware
- Serving Pieces
- Flatware
- Linens

FLOOR

FURNITURE

LIGHTING

## Basketweave Placemat

$13.00



**Basketweave Placemat**
Price: **$13.00**
Color **Aluminum** ⬇  [ Add ]

Chilewich's woven vinyl in its classic pattern.
Easy to clean and always looking great, these will
be the staple of your dining table. Choose
Caramel, chestnut or bark for a natural look;
Aluminum or titanium for a more urban feel.

14"x19"

*Usually ships in 5-7 business days*





**V**ivi

7254 Woodmont Avenue | Bethesda, MD 20814 | T  301 - 656 - 5626 | F  301-656-5627
info@vivionline.com | Privacy Policy | Return & Shipping Policies

Vivi: Store Catalog



Contact

As
Seen
In

Registry

Shop
Online

Vivi

Previous Page | View Cart

**Shop
Online**

**ART**

**FORM &
FUNCTION**

**HOME
ACCESSORIES**

**TABLETOP**

TABLETOP

- Dinnerware
- Glassware
- Serving Pieces
- Flatware
- Linens

**FLOOR**

**FURNITURE**

**LIGHTING**



Vivi

7254 Woodmont Avenue | Bethesda, MD 20814 | T 301 - 656 - 5626 | F 301-656-5627
info@vivionline.com | Privacy Policy | Return & Shipping Policies

Case 1:07-cv-08549-GBD    Document 1-5    Filed 10/02/2007    Page 68 of 99



Previous Page | View Cart

## Shop Online

ART

FORM & FUNCTION

HOME ACCESSORIES

TABLETOP
- Dinnerware
- Glassware
- Serving Pieces
- Flatware
- Linens

FLOOR

FURNITURE

LIGHTING

## TABLETOP : LINENS

**Jacquard Placemats**
$13.00

**Woven Lattice**
From $16.50

**Engineered Rectangles Placemat**
$16.00

**Bamboo Placemat**
$13.00

**Embroidered Placemats**
$18.50

**Spun Vinyl**
From $16.50

**Engineered Squares Placemat**
$16.00

**Pavot Placemat**
$8.00

Vivi: Store Catalog



**Basketweave Placemat**
$13.00

**Raymaille Napkin Ring**
$11.00

**Wave Napkin Rings - Set/4**
$22.00

**Roca Napkin Ring set/6**
$115.00

**Red Berry Napkin Rings - Set/6**
$125.00



Vivi

7254 Woodmont Avenue | Bethesda, MD 20814 | T 301 - 656 - 5626 | F 301-656-5627
info@vivionline.com | Privacy Policy | Return & Shipping Policies

chilewich placemats: basketweave



**gr unded**
modern
outdoor
living

search    register    my account    view cart

landscape architecture    press    contact us

accessories
  art & frames
  candlelight
  ceramics
  handbags & totes
  personal care
  pillows
  planters
  vases
angela adams
  cotton rugs
  handbags
  wool rugs
chilewich
  bags
  doormats & rugs
  placemats
gardening & birds
  bird feeders & houses
  gardening
gift cards
new
outdoor furniture
  accessories
  lounge
  seating
  tables
stationery & books
  books
  cards & stationery
tabletop

**chilewich placemats: basketweave**
SKU: CHI-0025-BW

Chilewich placemats are the perfect
combination of great style and
practicality! These beautiful placemats
are made from Plynl, an innovative
woven vinyl material, that's easy-to-
clean and super durable. 19" L x 14" W.

Get FREE SHIPPING on all Chilewich
placemats!

Click here to read more. Made in USA.
Chilewich

**PRICE: $11.99**

**Try these related products:**
chilewich placemats: engineered
squares
chilewich placemats: bamboo

Quantity 1

chilewich placemats: basketweave

dinnerware
drinkware
gourmet gifts
serving
table linens
**TAG SALE**
**what's hot**

**Items in your cart**
Empty

**Color** aluminum

Send Page To a Friend

Return to Search Results

8/29/2007

chilewich placemats: basketweave



chilewich placemats: basketweave

home | about grounded | policies & faq | customer service | search | view cart | sitemap

*copyright © 2007 grounded garden shop*
web development : eleven11web.com

8/29/2007



## grounded
### modern outdoor living

search    register    my account

landscape architecture    press    contact us

view cart

**accessories**
art & frames
candlelight
ceramics
handbags & totes
personal care
pillows
planters
vases
**angela adams**
cotton rugs
handbags
wool rugs
**chilewich**
bags
doormats & rugs
placemats
**gardening & birds**
bird feeders & houses
gardening
**gift cards**
**new**
**outdoor furniture**
accessories
lounge
seating
tables
**stationery & books**
books
cards & stationery
**tabletop**

Found **8** product(s) for **chilewich:placemats** (1-8 of 8)

**chilewich:placemats**



chilewich placemat:
embroidered vine
$17.99




chilewich placemat:
jacquard leaves
$11.99

chilewich placemats:
bamboo
$11.99



chilewich placemats:
basketweave
$11.99

Case 1:07-cv-08549-GBD    Document 1-5    Filed 10/02/2007    Page 75 of 99

chilewich:placemats

dinnerware
drinkware
gourmet gifts
serving
table linens
**TAG SALE**
**what's hot**

**Items in your cart**
Empty



chilewich placemats:
embroidered waves
$17.99



chilewich placemats:
engineered squares
$14.99



chilewich placemats:
jacquard lilies
$11.99



chilewich placemats:
lattice
$14.99

home | about grounded | policies & faq | customer service | search | view cart | sitemap

*copyright © 2007 grounded garden shop*
web development : eleven11web.com

grounded
modern
outdoor
living

search       register       my account       landscape architecture       press       contact us

view cart

**accessories**
art & frames
candlelight
ceramics
handbags & totes
personal care
pillows
planters
vases
**angela adams**
cotton rugs
handbags
wool rugs
**chilewich**
bags
doormats & rugs
placemats
**gardening & birds**
bird feeders & houses
gardening
**gift cards**
**new**
**outdoor furniture**
accessories
lounge
seating
tables
**stationery & books**
books
cards & stationery
**tabletop**

**chilewich large zip purse**
SKU: CHI-0042

These zip purses by Chilewich are unique and handy! Made of plynyl, Chilewich's signature vinyl, these bags are extremely durable and have a great look and texture. Use as a make-up bag or purse organizer or carry it as a little clutch.

bag measures 10.75"w x 6.5"h

**Get FREE SHIPPING on this item!**

**PRICE: $17.99**

**Quantity** |1

**Color**  Black Basketweave



Send Page To a Friend           ,

chilewich large zip purse

dinnerware
drinkware
gourmet gifts
serving
table linens
**TAG SALE**
**what's hot**

**Items in your cart**
Empty

Return to Search Results





black basketweave

mini-aluminum



oat bamboo

8/29/2007

http://www.shopgrounded.com/servlet/Detail?no=435

Page 3 of 3

chilewich large zip purse

home | about grounded | policies & faq | customer service | search | view cart | sitemap

*copyright © 2007 grounded garden shop*
web development : eleven1web.com

8/29/2007



**grounded**
modern outdoor living

accessories
  art & frames
  candlelight
  ceramics
  handbags & totes
  personal care
  pillows
  planters
  vases
**angela adams**
  cotton rugs
  handbags
  wool rugs
**chilewich**
  bags
  doormats & rugs
  placemats
**gardening & birds**
  bird feeders & houses
  gardening
**gift cards**
**new**
**outdoor furniture**
  accessories
  lounge
  seating
  tables
**stationery & books**
  books
  cards & stationery
**tabletop**

search    register    my account    view cart

landscape architecture    press    contact us

Found **8** product(s) for **chilewich:bags** (1-8 of 8)

**chilewich:bags**



chilewich city bag
$59.99



chilewich large zip
purse
$17.99



chilewich mail bag
$89.99



chilewich market tote
$64.99

chilewich:bags

dinnerware
drinkware
gourmet gifts
serving
table linens
**TAG SALE**
**what's hot**

**Items in your cart**
Empty






chilewich short tote
$89.99



chilewich spun vinyl
zip
$17.99



chilewich medium
zip purse
$13.99



chilewich small zip
purse
$10.99

home | about grounded | policies & faq | customer service | search | view cart | sitemap

*copyright © 2007 grounded garden shop*
*web development : eleven1web.com*



**gr unded**

**modern outdoor living**

search    register    my account    press    contact us

landscape architecture

view cart

**accessories**
art & frames
candlelight
ceramics
handbags & totes
personal care
pillows
planters
vases
**angela adams**
cotton rugs
handbags
wool rugs
**chilewich**
bags
doormats & rugs
placemats
**gardening & birds**
bird feeders & houses
gardening
**gift cards**
**new**
**outdoor furniture**
accessories
lounge
seating
tables
**stationery & books**
books
cards & stationery
**tabletop**

dinnerware
drinkware
gourmet gifts
serving
table linens
**TAG SALE**
**what's hot**

**Items in your cart**
Empty



chilewich
doormats

photo
panels

tikoli
tea towels

# fresh design
**bring a little spring into your modern
home and garden**

home | about grounded | policies & faq | customer service | search | view cart | sitemap

*copyright © 2007 grounded garden shop
web development : eleven11web.com*

# Impressions

## www.silverimpressions.com

home | info | contact | site map | privacy



Gift Registry

Ship Free Over $75

order info

shipping rates

engraving information

contact us via e-mail

view your cart

YAHOO! SHOPPING
—TOP SERVICE—
Certified Merchant

VISA

Secure Shopping

quick search

Rapid Order Processing - Gift Wrapping, Message Card, & Engraving Services

Home > Placemats and Coasters > **Chilewich Vinyl Tablemats**

**Click here for Judaic Art and Gifts**

## Shopping Categories

Home
Mariposa Gifts
Placemats and Coasters
Designer Serveware & Table Accessories
Engravable Gifts
Picture Frames
Salisbury Pewter
Old World Pewter
Basic Spirit Pewter
Jewelry Boxes
Silver and Glass Jewelry
Vance Kitira Candles
Candles & Holders
Baby Gifts
Home & Table
Wedding & Anniversary
Mini Sculptures

## Chilewich Vinyl Tablemats

New York designer Sandy Chilewich has been translating her fascination with fabrics into functional art for many years now. She is credited for revolutionary innovations in woven vinyl that resulted in creation of an extensive line of tablemats and other accessories. Her creations are high in style and sophistication and low in maintenance and up keep. Inspired by modern technologies and innovative applications of materials, her award winning products are made in the USA and sold around the world. We would like to invite you to browse this section for Chilewich collection of placemats in a wide range of textures and colors. Perfect for today's urban loft style, perfectly complements today's most popular materials such as stainless steel, glass and exotic woods.



Engineered Squares Tablemats by



Basketweave Tablemats by





Bamboo Tablemats by

Gifts for Her
Gifts for Him
Lisa Jenks Flatware -
SALE
Wine Gifts
Art Glass
Bowls, Boards & Servers
Tea and Coffee Sets
Judaic Art & Gifts
Gift Certificate
Links
Articles
Buyer's Favorites
Pewter Gifts
Four Points Pewter

**Customer Service**
View Shopping Cart
Order Info
Gift Registry
Shipping
Return Policy
Engraving
Contact Us
Privacy Policy
Search
Site Map

Chilewich

Chilewich

Chilewich









Woven Lattice Tablemats by
Chilewich

Embroidery Tablemats by
Chilewich

Jacquard Tablemats by
Chilewich

● Jason Designs - Made in New Zealand ● Pimpernel ● Chilewich Vinyl Tablemats ● Kakadu Designs
● Vera Bradley Placemats & Napkins ● April Cornell by Silvestri ● Cloverleaf Designs ● Coordinating Accessories
● Woven Placemats & Cotton Napkins ● Paper Napkins



**Free Ground Shipping on all orders over $75! (Click here for details)**

**Orders Ship Within 1 Business Day!**

**Sales Tax Added to PA Shipping Addresses Only!**

**Silver Impressions is proud to have been in business for over 16 years. We want your online shopping experience to be perfect! Read what our customers have to say about their shopping experience:**

"...was very impressed with the beautiful wrapping, the card, and most of all the quality of the item itself. I would happily shop with Silver Impressions again and recommend them to friends because they are a RESPONSIBLE, RELIABLE, PROMPT, CARING, AND COURTEOUS merchant with SUPERB SERVICE!!!! Shopping online always feels like a gamble because you don't know the people and only see the merchandise on the virtual screen, so when one finds a place with service a wonderful as Silver Impressions, it is always reassuring and gratifying."

- Read More Testimonials

**Have Questions? E-Mail us at: info@silverimpressions.com**

**Call us at: (610) 838-3035     Toll Free (866)310-4222     Fax your order: (610) 838-3037**

**Copyright ? Silverimpressions.com 1999-2006. All Rights Reserved**

View Shopping Cart | Order Info | Shipping | Engraving | Contact Us | Privacy Policy | Search | Site Map

CHILEWICH VINYL TABLEMATS

Web Design By 1 Choice 4 YStore

Basketweave Tablemats by Chilewich - Chilewich Vinyl Tablemats

Page 1 of 4

# silver Impressions
## www.silverimpressions.com

home | info | contact | site map | privacy

order info | Ship Free Over $15

Gift Registry

shipping rates | engraving information | contact us via e-mail | view your cart

**YAHOO! SHOPPING**
TOP SERVICE
Certified Merchant

VISA

Secure Shopping
128-bit SSL v2/v3

quick search

Rapid Order Processing - Gift Wrapping, Message Card, & Engraving Services

Home > Placemats and Coasters > Chilewich Vinyl Tablemats > Basketweave Tablemats by Chilewich

**Click here for Judaic Art and Gifts**

## Shopping Categories

Home
Mariposa Gifts
Placemats and Coasters
Designer Serveware &
Table Accessories
Engravable Gifts
Picture Frames
Salisbury Pewter
Old World Pewter
Basic Spirit Pewter
Jewelry Boxes
Silver and Glass Jewelry
Vance Kitira Candles
Candles & Holders
Baby Gifts
Home & Table
Wedding & Anniversary
Mini Sculptures

# Basketweave Tablemats by Chilewich



Click to enlarge

Basketweave by Chilewich -
Titanium, Rectangular Tablemat
**$12.95**



Basketweave by Chilewich -
Titanium, Square Tablemat
**$12.95**



Basketweave by Chilewich -
Titanium, Round Tablemat
**$13.95**

http://silverimpressions.com/basketweave.html

8/29/2007

Basketweave Tablemats by Chilewich - Chilewich Vinyl Tablemats

Gifts for Her
Gifts for Him
Lisa Jenks Flatware -
SALE
Wine Gifts
Art Glass
Bowls, Boards & Servers
Tea and Coffee Sets
Judaic Art & Gifts
Gift Certificate
Links
Articles
Buyer's Favorites
Pewter Gifts
Four Points Pewter
**Customer Service**
View Shopping Cart
Order Info
Gift Registry
Shipping
Return Policy
Engraving
Contact Us
Privacy Policy
Search
Site Map



Basketweave by Chilewich -
Caramel, Rectangular Tablemat
**$12.95**



Basketweave by Chilewich -
Caramel, Square Tablemat
**$12.95**



Basketweave by Chilewich -
Caramel, Round Tablemat
**$13.95**



Basketweave by Chilewich -
Chestnut, Rectangular Tablemat
**$12.95**



Basketweave by Chilewich -
Chestnut, Square Tablemat
**$12.95**



Basketweave by Chilewich -
Chestnut, Round Tablemat
**$13.95**

Basketweave by Chilewich - Bark,
Rectangular Tablemat
**$12.95**



Basketweave by Chilewich -
Bark, Square Tablemat
**$12.95**



Basketweave by Chilewich -
Bark, Round Tablemat
**$13.95**



Basketweave by Chilewich -
Carbon, Rectangular Tablemat
**$12.95**



Basketweave by Chilewich -
Carbon, Square Tablemat
**$12.95**



Basketweave by Chilewich -
Carbon, Round Tablemat
**$13.95**

● Jason Designs - Made in New Zealand ● Pimpernel ● Chilewich Vinyl Tablemats ● Kakadu Designs
● Vera Bradley Placemats & Napkins ● April Cornell by Silvestri ● Cloverleaf Designs ● Coordinating Accessories
● Woven Placemats & Cotton Napkins ● Paper Napkins





**Free Ground Shipping on all orders over $75! (Click here for details)**

**Orders Ship Within 1 Business Day!**

**Sales Tax Added to PA Shipping Addresses Only!**

**Silver Impressions is proud to have been in business for over 16 years. We want your online shopping experience to be perfect! Read what our customers have to say about their shopping experience:**

"...was very impressed with the beautiful wrapping, the card, and most of all the quality of the item itself. I would happily shop with Silver Impressions again and recommend them to friends because they are a RESPONSIBLE, RELIABLE, PROMPT, CARING, AND COURTEOUS merchant with SUPERB SERVICE!!!! Shopping online always feels like a gamble because you don't know the people and only see the merchandise on the virtual screen, so when one finds a place with service a wonderful as Silver Impressions, it is always reassuring and gratifying."

Case 1:07-cv-08549-GBD     Document 1-5     Filed 10/02/2007     Page 89 of 99

- Read More Testimonials

**Have Questions? E-Mail us at: info@silverimpressions.com**
**Call us at: (610) 838-3035     Toll Free (866)310-4222     Fax your order: (610) 838-3037**

**Copyright ? Silverimpressions.com 1999-2006. All Rights Reserved**

View Shopping Cart | Order Info | Shipping | Engraving | Contact Us | Privacy Policy | Search | Site Map

BASKETWEAVE TABLEMATS BY CHILEWICH

Web Design By 1 Choice 4 YStore

Velocity Art And Design: Chilewich

Page 1 of 2

SEATTLE SHOWROOM: 2118 2ND AVE SEATTLE WA 98121   TOLL FREE: 866.781.9494   LOCATION & HOUF

ABOUT US   EMAIL NEWSLETTER   EMAIL US   MAILING LIST   SHIPPING & RETURN POLICIES   PRES





Chilewich Floormats

Chilewich Placemats and Table Runners



Chilewich Napkin Rings

## WELCOME TO THE CHILEWI

Chilewich is one of our favorite line of product: premier Chilewich retailer, we strive to provide widest selection of Chilewich products at the b item is out of stock, we will have it ordered for yc quick shipment.

Sandy Chilewich created her New York City bas 1996. RayBowls™, the first effort of her ne introduced in November of 1997, and met wit RayBowls™ have a simple and inventive mect fabric concave and have won Chilewich many p

In keeping with her passion for creating new Chilewich has reinterpreted a woven vinyl te: applications...table mats, floor mats and handba the yarn, its tremendous design versatility and washable, continues to inspire Chil

Plynyl, a commercial grade floor surface was d husband Joe Sultan, an architect. Plynyl was bonding woven vinyl onto a cushioned polyur completely new category in flooring. Chilewich w for Plynyl at the 2001 International Contempora New York.

FREE SHIPPING ON
ORDERS OVER $100.*

SEARCH VELOCITY

WHAT'S NEW
ON SALE
EVENTS

SHOP BY CATEGORY:
ACCESSORIES
ARTWORK
BEDROOM & BEDDING
BOOKS
CERAMICS
KIDS
LIGHTING
OFFICE
OUTDOOR
PAPER GOODS
PETS
PILLOWS & RUGS
SCREENS
SEATING
SHELVING & STORAGE
TABLES

GIFT REGISTRIES
GIFT CERTIFICATES
ORDER FORM
LINKS

Velocity Art And Design: Chilewich

Page 2 of 2

*Some larger furniture
items may have shipping
charges. Please refer to
the item description to
see if these extra charges
may apply.

Master.com.conte

SEATTLE SHOWROOM: 2118 2ND AVE SEATTLE WA 98121    TOLL FREE: 866.781.9494    LOCATION & HOURS

ABOUT US    EMAIL NEWSLETTER    EMAIL US    MAILING LIST    SHIPPING & RETURN POLICIES    PRESS



**FREE SHIPPING ON ORDERS OVER $100.***

SEARCH VELOCITY

WHAT'S NEW
ON SALE
EVENTS

SHOP BY CATEGORY:
ACCESSORIES
ARTWORK
BEDROOM & BEDDING
BOOKS
CERAMICS
KIDS
LIGHTING
OFFICE
OUTDOOR
PAPER GOODS
PETS
PILLOWS & RUGS
SCREENS
SEATING
SHELVING & STORAGE
TABLES

GIFT REGISTRIES
GIFT CERTIFICATES
ORDER FORM
LINKS

# CHILEWICH PLACEMATS AND TABLE RUNNERS



Chilewich: Basketweave Placemats and Runners (all sizes)





Chilewich: Embroidery Placemats



Chilewich: Engineered Squares Placemats



Chilewich: Bamboo Placemats



Chilewich: Jacquard Placemats

Chilewich: Engineered Rectangles Placemats

Velocity Art And Design: Chilewich Placemats and Table Runners



Chilewich: Boucle Placemats

Chilewich: Vintage Checks Placemats

Chilewich: Crepe Placemats

Chilewich: Ribbon Placemats

Chilewich Spun Vinyl Placemats and Table Runners

Chilewich: Lattice Placemats and Table Runners

Chilewich: Boxes Placemats

Chilewich: Quad Placemats



Click to visit our Chilewich shop

*Some larger furniture items may have shipping charges. Please refer to the item description to see if these extra charges may apply.



**Master.com.conte**

SEATTLE SHOWROOM: 2118 2ND AVE SEATTLE WA 98121    TOLL FREE: 866.781.9494    LOCATION & HOURS

ABOUT US    EMAIL NEWSLETTER    EMAIL US    MAILING LIST    SHIPPING & RETURN POLICIES    PRESS

**FREE SHIPPING ON ORDERS OVER $100.***

SEARCH VELOCITY

WHAT'S NEW
ON SALE
EVENTS

SHOP BY CATEGORY:
ACCESSORIES
ARTWORK
BEDROOM & BEDDING
BOOKS
CERAMICS
KIDS
LIGHTING
OFFICE
OUTDOOR
PAPER GOODS
PETS
PILLOWS & RUGS
SCREENS
SEATING
SHELVING & STORAGE
TABLES

GIFT REGISTRIES
GIFT CERTIFICATES
ORDER FORM
LINKS

**item: basketweave placemats and table runners**

**designer: chilewich**

Available in a wide variety of weaves and patterns. Low maintenance, modern, elegant, and affordable. The modern alternative to tabletop dressing...these woven vinyl tableMATS are available in an array of textures and colors...from the warm feel of Bark the cool look of Steel. Beautiful, durable and washable.

Available colors: See below

Available sizes: See below

Lead time: As a premier dealer of Chilewich, we maintain a large inventory of Chilewich products. Our Chilewich stock however changes frequently. All chilewich items can be special ordered if not in stock, and usually ship in 2-3 weeks.

Velocity Art And Design: Chilewich Basketweave Placemats and Table Runners

*Some larger furniture items may have shipping charges. Please refer to the item description to see if these extra charges may apply.



Click to visit our Chilewich shop

Rectangle W 14" x L 19" - Velocity Price: $11.00 each

Round Dia 16" - Velocity Price: $12.00 each - SALE PRICE $7.00 each

Round Dia 15" - Velocity Price: $13.00 each

Color Aluminum Basketweave

Color Aluminum Basketweave

Color Aluminum Basketweave

Velocity Art And Design: Chilewich Basketweave Placemats and Table Runners



Square W 14" x L 13" - Velocity Price: $10.00 each

Color Aluminum Basketweave

Table Runner W 14" x L 72" - Velocity Price: $40.00 each

Color Aluminum Basketweave

Table Runner W 14" x L 54" - Discontinued length Velocity Price: $25.00 each

Color Caramel Basketweave

| aluminum basketweave | balsa basketweave | bark basketweave | black basketweave | bronze basketweave |
| caramel basketweave | chestnut basketweave | ice basketweave | straw basketweave | titanium basketweave |
| wheat basketweave | white basketweave | gold basketweave | sable | seagreen |

Velocity Art And Design: Chilewich Basketweave Placemats and Table Runners

Page 4 of 4



basketweave

basketweave

carbon
basketweave

oyster
basketweave

**Master.com.conte**

# Lumens.com™
## LIGHT + LIVING

CONTACT US | LOG IN | VIEW CART 🛒 | SEARCH [____] GO

TOLL FREE  877.445.4486  7-6 PST  M-F | 9-5 PST  Sat | 11-5 PST  Sun

▼ LIGHTING    ▼ LIVING    ▼ BROWSE BY    ▼ MANUFACTURERS

HACKER SAFE — 16 510.29-AUG

home > browse by > manufacturers > chilewich

**LIGHTING**
Ceiling Lights
Wall Lights
Floor Lamps
Table Lamps
Recessed Lighting
Outdoor Lighting
Monorail Systems
Dimmers & Controls

**LIVING**
Fans
Mailboxes & Doorbells
Clocks & Radios
Floor Coverings
Furniture
Home Accessories
Lighted Art
Mirrors
Personal Accessories
Wall Treatments

**BROWSE BY**
Gift Guide
Collections
Favorites
Manufacturers

**CLEARANCE**

**GIFT REGISTRY**

**ABOUT US**

**Contemporary Plynyl ® mats by Chilewich**
When New York-based designer Sandy Chilewich and her husband developed Plynyl ®, a woven vinyl textile, it was an instant hit with customers looking for resilient living products. Chilewich has combined the good looks of modern design with the hard-working woven vinyl to create a line of unique, long-lasting floor mats, vinyl rugs, placemats, totes, and bags. Lumens carries the complete line of Chilewich Plynyl ® products. If you don't see the item you want, please Contact Us or call us at 877.445.4486.

Click Here To Browse This Department by Category

Page  1 2>



















Bamboo Plynyl Floor Mat By Chilewich
$110.00 - $550.00

Bamboo Table Mat By Chilewich
$14.00

Bamboo Table Runner By Chilewich
$44.00

Basketweave Plynyl Floor Mat By Chilewich
$110.00 - $550.00