

Chilewich at Lumens.com - Contemporary Lighting, Modern Lighting, Contemporary & Modern Ceiling Fan Styles, Alessi Ho... Page 2 of 3

CUSTOMER SERVICE
877.445.4486

Visit our showroom

*"I have received wonderful customer service on my order. I've had timeline restraints for getting lights for my new home and your communication has been spot on and made what could have been a troublesome transaction go very smoothly. C.C."*

SIGN UP FOR NEWSLETTER
your email address... GO

Basketweave Table Mat By Chilewich
**$14.00**

Basketweave Table Runner By Chilewich
**$44.00**

Big Stripe Plynyl Floor Mat By Chilewich
**$120.00 - $550.00**

Engineered Rectangles Table Mat By Chilewich
**$17.00**

Engineered Squares Table Mat By Chilewich
**$17.00**

Lattice Table Mat By Chilewich
**$17.00**

Lattice Table Runner By Chilewich
**$55.00**

Mini Basketweave Table Mat By Chilewich
**$13.00**

Mixed Stripes Table Mat By Chilewich
**$15.50**

Mixed Stripes Table Runner By Chilewich
**$46.00**

Shag Indoor/Outdoor Mats By Chilewich
**$45.00 - $150.00**

Small Stripe Plynyl Floor Mat By Chilewich
**$110.00 - $320.00**

http://www.lumens.com/lumens/dept.asp?dept_id=4150 8/29/2007

| Spun Vynyl Table Mat By Chilewich | Spun Vynyl Table Runner By Chilewich | Vine Embroidery Table Mat By Chilewich | Woodgrain Plynyl Floor Mat By Chilewich |
|---|---|---|---|
| **$17.00** | **$55.00** | **$20.00** | **$120.00 - $550.00** |

**Page 1 2>**

About Us | Contact Us | Customer Service | Gift Registry | Site Map | Become an Affiliate | Privacy Policy

© Copyright 2007 Lumens Light and Living, all rights reserved. ® "Lumens" and "light and living" are registered trademarks. For the best in Contemporary Lighting, Modern Ceiling Fans and Modern Home Accessories.

Secured by thawte click to verify 2007-08-29

Lumens.com
LIGHT + LIVING

CONTACT US | LOG IN | VIEW CART | SEARCH [GO]
TOLL FREE 877.445.4486 7-6 PST M-F | 9-5 PST Sat | 11-5 PST Sun

HACKER SAFE TESTED 29-AUG

▾ LIGHTING ▾ LIVING ▾ BROWSE BY ▾ MANUFACTURERS

home > browse by > manufacturers > chilewich

LIGHTING
Ceiling Lights
Wall Lights
Floor Lamps
Table Lamps
Recessed Lighting
Outdoor Lighting
Monorail Systems
Dimmers & Controls

LIVING
Fans
Mailboxes & Doorbells
Clocks & Radios
Floor Coverings
Furniture
Home Accessories
Lighted Art
Mirrors
Personal Accessories
Wall Treatments

BROWSE BY
Gift Guide
Collections
Favorites
Manufacturers

CLEARANCE

GIFT REGISTRY

ABOUT US

## Basketweave Table Mat by Chilewich

by Chilewich, LLC

The Basketweave Plynyl Tablemat by Chilewich, designed by Sandy Chilewich, is a modern alternative to tabletop dressing that is low maintenance, elegant, and affordable. The Chilewich tablemats are washable and stain resistant, impervious to spills and suitable to virtually any space. Plynyl Mat edges are heat-sealed, not bound, to provide a sleek, thin profile. These woven vinyl tablemats are available in an array of textures and colors...from the warm feel of Bark the cool look of Steel. [ more ]

[ Details Shipping Dimensions ]

Our Price: **$14.00**

Item# as Selected: 25976
Price as Selected: **$14.00**

Quantity: 1

Select Options to Update Price:

**Your Current Selection:**

877.445.4486

Visit our showroom

*"I have received wonderful customer service on my order. I've had timeline restraints for getting lights for my new home and your communication has been spot on and made what could have been a troublesome transaction go very smoothly. C.C."*

SIGN UP FOR NEWSLETTER

your email address...

1. Select Color: **Aluminum**

Aluminum

Bark

Carbon

Denim

Gold

Latte

Oyster

Titanium

**Aluminum**

Quantity: 1 Item #25976 Price: **$14.00**

**Details - Dimensions**

The Basketweave Plynyl Tablemat by Chilewich, designed by Sandy Chilewich, is a modern alternative to tabletop dressing that is low maintenance, elegant, and affordable. The Chilewich tablemats are washable and stain resistant, impervious to spills and suitable to virtually any space. Plynyl Mat edges are heat-sealed, not bound, to provide a sleek, thin profile. These woven vinyl tablemats are available in an array of textures and colors...from the warm feel of Bark the cool look of Steel.

Chilewich, inspired by new technologies and innovative applications of materials, prides itself in bringing new products to the table, and now to the floor.

The Basketweave Plynyl Tablemat by Chilewich is available with the following features:

**Options:**

- **Color:** Aluminum, Gold, Titanium, Carbon, Oyster, Denim or Latte
- **Size:** 14 in. x 19 in.

**Shipping:**
This item usually ships in 24 hours.

About Us | Contact Us | Customer Service | Gift Registry | Site Map | Become an Affiliate | Privacy Policy

© Copyright 2007 Lumens Light and Living, all rights reserved. ® "Lumens" and "light and living" are registered trademarks. For the best in Contemporary Lighting, Modern Ceiling Fans and Modern Home Accessories.

Case 1:07-cv-08549-GBD Document 1-6 Filed 10/02/2007 Page 5 of 18

Basketweave Table Mat by Chilewich at Lumens Light + Living Page 3 of 3

Secured by thawte
click to verify
2007-08-29

http://www.lumens.com/lumens/product.asp?s_id=0&dept_id=4150&pf_id=uu9128 8/29/2007







DESIGNS FOR THE MODERN HOME

Home About Contact View Cart Checkout

Cart Total: USD $0.00

Call 480-951-8484

Navigation

Product Search

Go

Categories

- All Categories
- Bath
- Candles/Holders
- Clocks
- Coasters
- Drinking
- Frames
- Furniture
- Gifts
- Holiday/Seasonal
- Home Decor
- Hooks/Racks/Shelves
- Jewelry
- Lighting
- Mirrors
- Office
- Personal
- Smoking
- Tabletop/Kitchen
- Vases
- Word Art Sculptures
- Zippy Shipping

Other Links

Product Information

## Basketweave Vinyl Tablemat

**The Modern Alternative to Tabletop Dressing!**

**USD $13.50**

Choose a Color: SELECT OPTION

Qty: 1 Add to Cart

Email To Friend

Print Product

Put Mouse On Image To View Above

- **My Account**
- **View Cart**
- **Checkout**
- **About Us**
- **Contact Us**
- **Shipping Policy**
- **Return Policy**
- **Site Map**
- **Price List**
- **Make Payment**

**Ask Us**

eleyt51@aol.com

**Email List**

**Join Our Email List!**

**Name:**
**Email:**
Add Me!

**Item Details**

These woven vinyl tablemats are available in an array of textures and colors...from the warm feel of baskets or bamboo to the cool look of steel or aluminum. They clean easily with soap and water. Measures 14x19", a roomier mat than most!

**You Are Visitor**
**35241**

**© Copyright 2007 Artafax All Rights Reserved.**
© Copyright 2007 PowerWebsites.com All Rights Reserved.
Shopping Cart Powered by PowerWebsites.com

Basketweave Vinyl Tablemat

Page 3 of 3

http://www.artafax.com/webdocs/Items/Details808.cfm

8/29/2007



DESIGNS FOR THE MODERN HOME
Home
About
Contact
View Cart
Checkout

Cart Total: USD $0.00

Call 480-951-8484

Placemats/Tablemats Sort By » Item ID Product Price

Navigation

Product Search

Go

Categories

- All Categories
- Bath
- Candles/Holders
- Clocks
- Coasters
- Drinking
- Frames
- Furniture
- Gifts
- Holiday/Seasonal
- Home Decor
- Hooks/Racks/Shelves
- Jewelry
- Lighting
- Mirrors
- Office
- Personal
- Smoking
- Tabletop/Kitchen
- Vases
- Word Art Sculptures
- Zippy Shipping

Other Links

**Bamboo Vinyl Tablemat**
The Modern Alternative to Tabletop Dressing!
**USD $13.50**
**BUY NOW!**

**Basketweave Vinyl Tablemat**
The Modern Alternative to Tabletop Dressing!
**USD $13.50**
**BUY NOW!**

**Embroidered Vines Tablemat**
Soft Yet Modern!
**USD $19.00**
**BUY NOW!**

**Embroidered Waves Tablemat**
Soft Yet Modern!
**USD $19.00**
**BUY NOW!**

**Engineered Rectangles Tablemat**
An Architecturally Modern Alternative to Tabletop Dressing!
**USD $16.50**
**BUY NOW!**

**Engineered Squares Tablemat**
An Architecturally Modern Alternative to Tabletop Dressing!
**USD $16.50**
**BUY NOW!**

**Featured Items**

Luggage ID Tag - Eye Chart
**USD $5.00**

March Balloons Coaster Set
**USD $20.00**

Bender Space Monkeys
**USD $19.00**



Case 1:07-cv-08549-GBD Document 1-6 Filed 10/02/2007 Page 10 of 18

- My Account
- View Cart
- Checkout
- About Us
- Contact Us
- Shipping Policy
- Return Policy
- Site Map
- Price List
- Make Payment

**Ask Us**

eleyt51@aol.com

**Email List**

**Join Our Email List!**

**Name:**

**Email:**

Add Me!

**Jacquard Leaf Tablemat**
Soft Yet Modern!
**USD $13.50**
**BUY NOW!**

**Jacquard Lilies Tablemat**
Soft Yet Modern!
**USD $13.50**
**BUY NOW!**

**Lattice Tablemat**
Modern Lace Under Your Dinnerware!
**USD $17.00**
**BUY NOW!**

**Spun Vinyl Tablemat**
Spun Vinyl Tablemats are a Dynamic Tabletop Solution!
**USD $17.00**
**BUY NOW!**

**Woven Round Tablemat**
The Modern Alternative to Tabletop Dressing!
**USD $13.50**
**BUY NOW!**

**Placemats/Tablemats (11)**

Top of Page

Bent Glass Vase
**USD $25.00**

Aluminum Word Sculptures

Mosh Frame
**USD $23.00**

Flip Coat Hook
**USD $35.00**

**You Are Visitor**

Modern Home Accessories, Contemporary Gifts, at Artafax Page 3 of 3

**35241**

**© Copyright 2007 Artafax All Rights Reserved.**
© Copyright 2007 PowerWebsites.com All Rights Reserved.
Shopping Cart Powered by PowerWebsites.com

http://www.artafax.com/index.cfm?Action=ViewCategory&Category=68&track=google 8/29/2007

unica HOME

iittala
enhance your everyday life

STORE HOURS 10am-5pm PST M-Sat

product search

go >

advanced search

- company
- designer
- gift ideas
- gift certificates
- new products
- specials/clearance
- gimmie stuff now!
- art
- barware
- bathroom
- bookstore
- cat & dog
- clothing
- edible design
- furniture
- intelligent design
- jewelry
- kidstuff
- kitchen & tabletop
- lighting
- miniatures
- accessories for living
- office
- outside
- seasonal/holiday!
- staff picks
- sundries
- as seen on TV

My Account Shopping Cart Whats New Gift Registry Friends & Family Mailing List FAQ Contact Us **Trade Sales**

products in Unicahome > company > chilewich

- chilewich floor mats
- chilewich custom orders
- chilewich fabric
- chilewich handbags
- chilewich ottomans
- chilewich rugs
- chilewich placemats
- CLEARANCE

chilewich
floormats tote bags tablemats
fabrics ottomans clearance

**chilewich**

chilewich woven vinyl coasters, set of 4

> product info/order

**$16.00**

raymaille napkin rings by chilewich

> product info/order

**$21.50**

Sort By: 123↓




treatments and panels
vintage & new art glass
vintage ceramics
vitra & other miniatures
unicahome partners:

Heller Artecnica Knoll Cappellini HermanMiller zanotta MOROSO emeco Kartell MAGIS Rosenthal ALESSI iittala vitra. SALVIATI Piet Hein stelton PRANDINA RESOLUTE LUCE PLAN FOSCARINI Artemide

Security Information
Trouble Placing Order?

chilewich

handbags
rugs
placemats
ottomans
custom orders
fabric
clearance

chilewich

Woven Vinyl Basketweave Placemats By Chilewich, rectangular - Chilewich - Home Furnishings - Unica Home

Page 1 of 2

unica

love...life...light

My Account Shopping Cart Whats New Gift Registry Friends & Family Mailing List FAQ Contact Us **Trade Sales**

product search

go >

advanced search

company
designer
gift ideas
gift certificates
new products
specials/clearance
gimmie stuff now!
art
barware
bathroom
bookstore
cat & dog
clothing
edible design
furniture
intelligent design
jewelry
kidstuff
kitchen & tabletop
lighting
miniatures
accessories for living
office
outside
seasonal/holiday!
staff picks
sundries
as seen on TV

**Chilewich - woven vinyl basketweave placemats by chilewich, rectangular**

great easy-to-care-for woven vinyl placemats by chilewich.

the modern alternative to tabletop dressing...these woven vinyl placemats are available in an array of textures and colors...from the warm feel of bark to the cool look of steel. beautiful, durable and washable. available in other weaves and colors, as well as runners and floormats. 19" x 14"

bronze is discontinued and is on clearance sale while supplies last.

note: rectangular placemats, runners, and round placemats also available below.
and new for fall 2006 - 72" long runners and two new colors: carbon and oyster!

***note: carbon and oyster runners are available exclusively in the 72" size.**

to see more placemats from chilewich please click here
to see more from chilewich please click here
to see more placemats and napkins please click here

**Delivery Time**: 1-2 weeks (Quick! Overnight if Needed)

additional images - click to view

| Item | Option | Price | Order |
|---|---|---|---|

**woven vinyl basketweave placemats by chilewich, rectangular**
**great easy-to-care-for woven vinyl placemats by chilewich.**

**the modern alternative to tabletop dressing...these woven vinyl placemats are available in an array of textures and colors...from the warm feel of bark to the cool look of steel. beautiful, durable and washable. available in other weaves and colors, as well as runners and floormats. 19" x 14"**

http://www.unicahome.com/p3914/chilewich/woven-vinyl-basketweave-placemats-by-chilewich-rectangular.html 8/27/2007

treatments and panels
vintage & new art glass
vintage ceramics
vitra & other miniatures
unicahome partners:

Heller
Artecnica
Knoll
cappellini
HermanMiller
zanotta
MOROSO
emeco
Kartell
KleinReid
MAGIS
Rosenthal
ALESSI
iittala
vitra.
ROSENDAHL
SALVIATI
Piet Hein
stelton
mooDl
PRANDINA
SANTA & COLE
RESOLUTE
FOSCARINI
LUCE PLAN
Artemide

bronze is discontinued and is on clearance sale while supplies last.

note: rectangular placemats, runners, and round placemats also available below.
and new for fall 2006 - 72" long runners and two new colors: carbon and oyster!

*note: carbon and oyster runners are available exclusively in the 72" size.

SELECT A PRODUCT OPTION

$11.50 I'LL TAKE IT

to see more placemats from chilewich please click here
to see more from chilewich please click here
to see more placemats and napkins please click here
Delivery Time: 1-2 weeks (Quick! Overnight if Needed)

woven vinyl basketweave placemats by chilewich, square
dimensions : 14"w x 13"l

SELECT A PRODUCT OPTION $11.50 I'LL TAKE IT

54" woven vinyl basketweave runners by chilewich
dimensions : 14"w x 54"l. limited stock available. shipping charges apply. there are no returns on this item.
Delivery Time: 1-2 weeks (Quick! Overnight if Needed)

SELECT A PRODUCT OPTION ~~$43.00~~ 20% off I'LL TAKE IT

new! woven vinyl basketweave placemats by chilewich, round
dimensions : 16"dia.

SELECT A PRODUCT OPTION $13.00 I'LL TAKE IT

72" woven vinyl basketweave runners by chilewich

dimensions: 14"w x 72"l
Delivery Time: 1-3 weeks for Quick Ship (No Overnight)

SELECT A PRODUCT OPTION $43.00 I'LL TAKE IT

## Customers who purchased these products also selected...

indoor/outdoor doormats by chilewich

> product info/order

engineered squares rectangular placemats set of 4 from chilewich

> product info/order

chilewich bamboo placemat, rectangular

> product info/order

**$11.50**

Security Information
Trouble Placing Order?



chilewich woven vinyl basketweave samples

straw
ice
balsa
aluminium
bark
bronze
white
chestnut
wheat
black
titanium
gold

camel
sable
seagreen