# EXHIBIT A

# chilewich.

BASKETWEAVE 2007|2008



black · chestnut · carbon · oyster
titanium · aluminum · ice · white
latte · gold · bark · denim
caramel · wheat

MINI BASKETWEAVE

espresso · dark grey · heather grey · light grey

Please see reverse side for styles available

# chilewich

BASKETWEAVE 2007|2008



Tablemat in Carbon Basketweave • EAST/WEST Tote in Espresso Basketweave

# chilewich

ENGINEERED SQUARES/RECTANGLES 2007/2008

**TABLEMATS**
sapphire
(also shown far right:
navy spun vinyl,
denim basketweave,
indigo bamboo)



left:
turquoise
green
red
clementine
wisteria
verbena
rose
flax

dill
morning

# chilewich

ENGINEERED SQUARES/RECTANGLES   2007|2008

ENGINEERED RECTANGLES
from left:
cooper
taupe
rose



from left:
taupe
copper
rose

TABLEMATS

Flax
Green
Pale Orange
Steel
Magenta
Copper
Taupe

# chilewich®

BAMBOO 2007|2008

Chilewich products embody the fusion of functionality and sophisticated design.

Meticulous attention to detail and a passion for simple yet elegant style results in a range of placemats, table runners, totes, floormats and home accessories synonymous with modern living.

The innovative use of vinyl yarn combines a refined aesthetic with durability and ease of maintenance. The assortment of textures and styles ranges from simple geometric shapes and shimmering weaves to a modern interpretation of lace and wood grain.

Chilewich products are designed in New York and made entirely in the USA.

All furniture and accessories featured have been provided by the following companies:

| | |
|---|---|
| Flou | MoMA Store |
| Takashimaya | The Conran Shop |
| Knoll Studio | Wyeth |
| Moss | Vere Chic-plex |
| Design Within Reach | Paul Marquis |
| Vitra | |



chilewich 2007|2008