# EXHIBIT C

# EXHIBIT D

# EXHIBIT E

A SPECIAL ADVERTISING SUPPLEMENT TO THE NEW YORK TIMES MAGAZINE • NOVEMBER 18, 2001

# desktop



# &HOME
### New York Times

THE NEW YORK TIMES, THURSDAY, JUNE 21, 2001

F11

## PERSONAL SHOPPER
### Marianne Rohrlich

A splash of color and dash, where it's least expected.



## Vinyl and Cork, Afoot and Fashionable



DESIGNERS and floor-covering manufacturers are finding new ways to use old reliables like vinyl, canvas and cork to add durability (and style). Washable floor materials with bold graphics, strong textures and bright colors hold up well in all seasons, especially summertime, when sandy feet and nearly paws abuse surfaces under foot.

**1.** Plynyl tiles, made of woven vinyl, come in 21 combinations of colors and texture. The neutrals in gray, beige and brown, a weed look almost like sisal; an aluminum color has a high-tech look, and tiles are also available in pale chartreuse and blue tweed. The material is bonded to a soft, spongy backing that makes the 7-inch squares feel as comfortable to walk on $3.44 a square foot, ordered from Maprotech, 125 West ... Street.

**2.** and **3.** ... an international ... Graph ... image or a sheet of tiles come in ... tographic in ... of colors Taft ... (left) and ... right ... inches quare ... square ...

inch, 12-inch or 24-inch squares in silver, but can be custom ordered in any Pantone color; $10.50 a square foot at Aronson's Floor Coverings, 135 West ... Street.

**5.** P ... tiles ... and ... tiles, can be ordered in red Terrazzo ... red and brown ... greens. The colors run through th ... and cannot wash or wear ... There are three — two ... of Berber in between ... and ... flooring ... They r ... rubber tiles by Knight, $6 $8.50 a square, at Ex. 155 East ... Street.

**6.** The 4-by-4-foot hand-painted canvas floorcloth by Clubb, of the Design ... Brooklyn. It is a roll of white canvas and coated in several patterns, causing it to ... nt as purple, red ... or art ... orange ... The canvas is ... of a poly ... for ...

... Tony Cenicola/The New York Times (5)

# Time Out
## New York

The obsessive guide to impulsive entertainment

**Fischerspooner**

**Mike Leigh**

---

# AROUND TOWN

**IF YOU WANT TO BE LISTED**
Submit information by mail, e-mail aroundtown@timeoutny.com, or fax 212-674-8262 to **Billie Cohen**. Include details of event, dates, times, address of venue with cross streets, nearest subways, telephone number and admission price, if any. **Deadline is 6pm on Monday, ten days before publication date.** Incomplete submissions will not be included, and listings information will not be accepted over the phone.

◆ =Recommended

**For a list of this week's street festivals, see page 70.**

### Thursday 16

#### Urban affairs

**Bud Rocks the Docks:**
**A Tribute to Rock & Roll**

**Conflict Unending:**
**Indo-Pakistani Tensions Since 1947**

Kips Bay Decorator Show House

---

**Gift Wrapping with Kate's Paperie**

**Musical Theatre Month:**
**Intimate Conversations**

**New York Goes Organic**

---

**Friday 17**

#### Urban affairs

**Alok Cooking Class:**
**Real Food**

Harlem Jazz Dance Festival

---

**Masturbate-A-Thon**

Lower East Side

**Mom's Work Is Never Done**

---

## Material possessions

Who says it's wrong to give in to your material wants? Definitely not the folks at the international Contemporary Furniture Fair. On Tuesday 21, the public is invited to worship the work of 600 designers and manufacturers who'll transform the Javits Center into a temple of style with their exhibits of furniture, carpeting, flooring, kitchen and bath products, accessories and textiles, like Sandy Chilewich's multicolored Plynyl switches pictured. Something here is bound to strike you for a higher plane in existence for all your earthly comforts. But don't be scornful if you buy your furniture on the installment plan.



MAGAZINE

# Home®

**The Remodeling and Decorating Resource**

MAY 2003

## home front

### On The Phone ▪ On The Couch ▪ On The Move



THE LATEST design news, NOTES, AND trends

get floored

## As seen in... *X2,* out this month

from 20ᵗʰ Century Fox, is the follow-up to the blockbuster hit *X-Men,* based on the Marvel comic book. The futuristic flick features ultracool LCD flat-panel monitors (right on set, and left) by Luce. A complete stand-alone television with integrated stereo speakers, the LCTV-2201A, $4,000, also functions as a high-resolution computer monitor and is ideal for DVD, DTV, and HDTV viewing. For more information 954-949-3400. *Lucy, from Treviso/Villou*

## stealers

# BON VIVANT

## WHAT'S NEW. WHAT'S HOT. WHAT'S GOOD.

By Gina Provenzano

**1. APPLES AS ART.** With its shimmering tones, Rejane Mercier's "Golden Apples" bowl makes a captivating centerpiece. Available from Craft Concepts in two sizes: medium (shown, $144) and large ($228); 410-823-2533.

**2. ROSE-COLORED GLASS.** We love the ever-so-modern addition of a stainless steel stopper to this old-fashioned cut-glass decanter. Perfect for serving Port, it's just $39 from Hudson Dry Goods, 212-228-7143.

**3. CAFE SOCIETY.** Add serious style to your table with cups by noted fashion designer Paul Costelloe. The ribbed teacup and saucer in cream ($30) and the espresso cup and saucer in gray ($20) are from Wedgwood; call 800-523-0009 for stores. In other news from the design front, Sandy Chilewich's woven vinyl place mats ($10 each) are a wonder to behold. Available in assorted neutrals and metallics, including (from top) yellow-and-silver bark, stone and aluminum; call Mxyplyzyk at 212-289-4300 to order. ►





# Decorating™

November/December 2001



# WeddingChannel.com's
## WEDDINGBELLS

# double takes Dress your dinnerware **up** or **down**



◄ Serpentine wine glass ($135 by [...] weddingchannel.com/bloomingdales
napkin ($5) by Calvin Klein Home; weddingchannel.com/bloomingdales
Sterling silver Alta flatware ($615 for set of five) by Robbe &
Berking; robbeberking.com Stainless-steel Sitges service plate ($49)
by Alessi; alessi.com Woven-vinyl place mat ($15) by Chilewich;
weddingchannel.com bloomingdales

**up**

**down**

Dinnerware: Fine china Platinum
Continental Dining setting ($115 for
set of five), by Lenox, lenox.com.

[...] woven-vinyl place mat ($15) by Chilewich;
weddingchannel.com/bloomingdales. Modern Accents
[...] side plate ($29) by Lenox; lenox.com Reactic flat-
[...] ($75 [...] set of five) by Spode; [...] [...] place-
[...] ($42 for set of five) by Dansk; dansk.com Galaway logo-
[...]

**up**

Dinnerware: Porcelain Moon White
setting ($99 for set of five) by
Rosenthal; rosenthalusa.com

# This Old House

SPRING 2001

SPECIAL ISSUE



## All-Weather Lighting

*Hurricane lanterns with bell-shaped glass globes from Coldwater Creek set a nostalgic mood. The powder-coated iron frame has a spiked plate to accommodate different sizes of pillar candles; a hinged handle allows for hanging or carrying to light the way. In two sizes, 8 by 14 inches ($30) and 9 by 17 inches ($40). 800-968-0984 or www.coldwatercreek.com.*

## Taking It to the Mat

*Made from the same woven vinyl-coated polyester material used on lawn furniture, the rugMat collection from Chilewich has the good looks of sisal with all the durability, and easy care of polyurethane. At home in an enclosed porch or on a covered patio to avoid slippage when wet, these mats are available as rugs in 2-by-3-, 3-by-4-, and 4-by-6-foot sizes, and as runners of 2 by 8 and 2 by 9 feet. With nine solid-color tweeds and six more muted patterns in neutral shades as well as in the cooler Sand, Bronze, and Bark, there's no end to styling. Custom sizing is available. About $7 per square foot. Call 212-679-9204 for retailers.*

## Sun Block

The 9-foot diameter Ocean Star umbrella ...

## Now You're Cookin'

...

# This Old House

**R**ent flooring—durable, forgiving, easy to install and maintain—has long been lauded for its practicality, but not always for its looks. Indeed, it's been called the flooring industry's equivalent of orthopedic shoes: easy on the feet, if not on the eyes. "A lot of people associate it with the drab, gray stuff that covered up their hardwood floors," says *TOH* show host Steve Thomas. These days, they'd be wrong. From venerable linoleum to top-selling vinyl to vanguard versions of cork, rubber, and leather, today's "soft" flooring comes in an amazing array of colors, patterns, and sizes. Yet these newer resilient flooring materials remain as affordable, simple to care for, robust, and useful as their hardy forerunners—they just look a whole lot better doing it.

PHOTO: MICHAEL GRIMM

vinyl

With too these choices of any resilient product, range of price. Since the type of range is wide and determined to have greater in store features, is data. This price is they will repay.

**COMMON APPLICATIONS:**
Kitchen, bathroom, foyer, mudroom, entryway.

**STANDARD SIZES:**

**PICTURED:**

# flooring

**YOUR BEST BACK-TO-SCHOOL GUIDE!**

# child

SEPTEMBER 2001



**Wild Things**

A NEW FARMHOUSE FOR *UNDER* $60,000



# CountryHome

## market report

EQUIP YOUR HOME OFFICE WITH HARDWORKING FURNISHINGS THAT SHARE COUNTRY ROOTS



1. Restoration Hardware's Old New Pharmacy Table Lamp ($99) reminds us of a 1930s reporter's desk lamp. It conveniently pivots and bends up and down, but stays put whenever desired.

2. For a handsome look, mount a classic slate table...

3. ...

Denim, vinyl, and metal are put to work in...
building on the traditi...

# INTERIOR DESIGN

## flooring

### Fleeger

Due to popular demand this quality window treatment from the firm that now brings you the best of the season's most sought after designs. Award winning innovation and endless possibilities, with new looks this season at just a fraction of the price. Circle 419

### Chilewich

Metallic Basketweave



### Interface Flor



### Blue Ridge
### Commercial Carpet

Modern



Date
Location          SARASOTA  FL
Circulation
Type (Frequency)
Page
Keyword           Chilewich

STYLE IQ **notebook**

# Texture Your Table

## H O M E
### ACCESSORY

**ADD SPICE TO YOUR SPREAD WITH
TABLE COVERINGS FROM <u>CHILEWICH</u>.**

This season, table decor isn't just about
color—it's about texture. Hosting an elegant dinner party? Drape your table
with a lattice runner. "It looks like
metal lace," says
Alison Bishop
from Living Walls.
Colors range from gold and silver to
soft green and turquoise.

Need something for a casual
breakfast? Awaken the eye with fun
fabric weaves and splashes of color
on these weave tablemats.





# LDB
## INTERIOR TEXTILES

**WINDOW VIEW**

**SEPTEMBER 2000**

## IN REVIEW

## Gifts Galore

OFFERINGS AT
THE
NEW YORK
INTERNATIONAL
GIFT FAIR®
RUN THE
GAMUT FROM
EXQUISITE TO
ESSENTIAL,
LUSCIOUS
TO LOONY



**Left:** [illegible]



**Above:** [illegible]

**Right:** [illegible]



THE NEWSWEEKLY FOR THE HOME FURNISHING & HOME PRODUCTS RETAILING • August 27, 2001 • $

## floor covering

# Exhibitors Bring Out-of-the-Ordinary Designs to New York Gift Fair

By Jennifer White and Crystal Honores

**NEW YORK** —





PHOTO: THOMAS IANNACCONE

**Above: Imports Unlimited targets the younger consumer with our doormats in trendy designs like polka dots.
Right: Chilewich vinyl mats can be used in every room of the home**

Susan Sargent introduced a line of wool dhurries with a contemporary tribal look. Available in five colors, a 3-by-5 retails for $80.

Ad to Artisans displayed the "wildly laborious" felt rug from Kyrgyzstan. A 4-by-6 is based at $600. Malaysian floor mats made from woven palm come in varied color combinations and could retail in a 5-by-7 for $65.

Hand-tufted wool rugs made under a licensing deal with designer Mary Hughes White, so known for her signature motif, a lattice-like slice decorated with flowers, her vegetable motif drapes and designs were getting a lot of attention. The rugs retail in a 4-by-6 for $190.

The Ville fleur rugs from Claire Murray showed birds, butterflies and a floral border. A 2-by-3 retails for $89. And a rug called Our Nation's garden, which had the geraniums and trivia bulbs — that has every state flower. ■

# THE WORLD OF
# INTERIORS



antennae

In central european countries it is recommended that carpets are cleaned every five years. I am told we finish just about our age to get one in every second year for those people. Kubler-Sacker has specialised in the people's business. Both the high-quality and **The** Austrian firm's cleaning adhesive of type and offers a unique cleaning and covering service for all goose-down togs from 1987. Stade selection, the standard quality guaranteed, but garments done here can be machine or hand done.



4

Chilewich



design file

## Floored

[text illegible]



1. Product
Designer: Manufacturer
Features:

2. Product
Designer: Manufacturer
Features:

3. Product
Designer: Manufacturer
Features:





**architecture**   August 2001   $8.95 usa   $11.00 canada

# specifications gallery





**For information on the products specified in this section, go to:**
**www.thru.to/architecture**







## 1 WINNING WEAVES

Winner of an ICFF Editors' Award for flooring, **Plynyl by Chilewich** combines the sensual texture of woven fabric with the durability of vinyl. Easy to clean, the flooring is durable and versatile. Available in tile, rug, and wall-to-wall sizes in 21 weaves, ranging from small basket weaves to bold modern stripes. Plynyl adds warmth underfoot and quiet comfort.

## 2 FREE ELECTRICITY

With power tools and appliances powered by the sun, photovoltaic panels generate electricity. Addison's Powered by American Solar Electric Southwest Windpower.

## 3 HOT COLD GLASS

Architectural glass. Thin-ice Glass with acrylic.

## 4 AALTO GLOW

Scandinavian Collection, Baltic lights.

designer profile: sandy chilewich

Produced by Jana Schiowitz



**When it comes** to materials, Sandy Chilewich makes sure that certain parts of the fabrication of her design are met by the applications. Chilewich have a weaving technology applied and integral to her work. She is, at any rate, wise to a material's ability in the fabrication of a design, a textile, and the appreciation of a material inventory. Sandy with a medium-to-large texture that she is not afraid of innovation and well-conceived product when beautiful. The very crisis is an intersection for design and a modern fabric from a natural fiber and beauty. Plastic joins a weave when a material process or the innovation.







# EXHIBIT F



Terrace 5 Cafe, MoMA, NYC







BLT, New York City



Dos Caminos, SOHO, NYC





Grand Hyatt, NYC





Jean Georges, JG66, NYC





W San Diego

China Grill, Chicago





Hyatt Regency, DFW



Seminole Hard Rock, FLA

