

| Spun Vynyl Table Mat By Chilewich | Spun Vynyl Table Runner By Chilewich | Vine Embroidery Table Mat By Chilewich | Woodgrain Plynyl Floor Mat By Chilewich |
|---|---|---|---|
| $17.00 | $55.00 | $20.00 | $120.00 - $550.00 |

Page 1 2>

About Us | Contact Us | Customer Service | Gift Registry | Site Map | Become an Affiliate | Privacy Policy

© Copyright 2007 Lumens Light and Living, all rights reserved. ® "Lumens" and "light and living" are registered trademarks. For the best in Contemporary Lighting, Modern Ceiling Fans and Modern Home Accessories.

Secured by thawte
click to verify
2007-08-29

# Lumens.com
**LIGHT + LIVING**

CONTACT US | LOG IN | VIEW CART | SEARCH
TOLL FREE 877.445.4486   M-F | 7-6 PST   Sat | 9-5 PST   Sun | 11-5 PST

▼ LIGHTING    ▼ LIVING    ▼ BROWSE BY    ▼ MANUFACTURERS

HACKER SAFE
TESTED 29-AUG

home > browse by > manufacturers > chilewich

**LIGHTING**
Ceiling Lights
Wall Lights
Floor Lamps
Table Lamps
Recessed Lighting
Outdoor Lighting
Monorail Systems
Dimmers & Controls

**LIVING**
Fans
Mailboxes & Doorbells
Clocks & Radios
Floor Coverings
Furniture
Home Accessories
Lighted Art
Mirrors
Personal Accessories
Wall Treatments

**BROWSE BY**
Gift Guide
Collections
Favorites
Manufacturers

**CLEARANCE**

**GIFT REGISTRY**

**ABOUT US**

## Basketweave Table Mat by Chilewich
by Chilewich, LLC

The Basketweave Plynyl Tablemat by Chilewich, designed by Sandy Chilewich, is a modern alternative to tabletop dressing that is low maintenance, elegant, and affordable. The Chilewich tablemats are washable and stain resistant, impervious to spills and suitable to virtually any space. Plynyl Mat edges are heat-sealed, not bound, to provide a sleek, thin profile. These woven vinyl tablemats are available in an array of textures and colors...from the warm feel of Bark the cool look of Steel. [ more ]

[ Details  Shipping  Dimensions ]

Our Price: **$14.00**

Item# as Selected: 25976
Price as Selected: **$14.00**

Quantity: [1]

Email a Friend    Ask a Question    Add to Favorites
Save to Wish List    Save to Registry

Select Options to Update Price:

Your Current Selection:

Basketweave Table Mat by Chilewich at Lumens Light + Living

CUSTOMER SERVICE
**877.445.4486**


Visit our showroom

"I have received wonderful customer service on my order. I've had timeline restraints for getting lights for my new home and your communication has been spot on and made what could have been a troublesome transaction go very smoothly. C.C."

SIGN UP FOR NEWSLETTER
your email address...

**1. Select Color: Aluminum**


Aluminum


Bark


Oyster


Titanium

Carbon

Denim

Gold

Latte

**Aluminum**

Quantity: 1    Item #25976   Price: **$14.00**

### Details - Dimensions
The Basketweave Plynyl Tablemat by Chilewich, designed by Sandy Chilewich, is a modern alternative to tabletop dressing that is low maintenance, elegant, and affordable. The Chilewich tablemats are washable and stain resistant, impervious to spills and suitable to virtually any space. Plynyl Mat edges are heat-sealed, not bound, to provide a sleek, thin profile. These woven vinyl tablemats are available in an array of textures and colors...from the warm feel of Bark the cool look of Steel.

Chilewich, inspired by new technologies and innovative applications of materials, prides itself in bringing new products to the table, and now to the floor.

The Basketweave Plynyl Tablemat by Chilewich is available with the following features:

**Options:**

- **Color:** Aluminum, Gold, Titanium, Carbon, Oyster, Denim or Latte
- **Size:** 14 in. x 19 in.

**Shipping:**
This item usually ships in 24 hours.

About Us | Contact Us | Customer Service | Gift Registry | Site Map | Become an Affiliate | Privacy Policy

© Copyright 2007 Lumens Light and Living, all rights reserved. ® "Lumens" and "light and living" are registered trademarks. For the best in Contemporary Lighting, Modern Ceiling Fans and Modern Home Accessories.





# DESIGNS FOR THE MODERN HOME

Home	About	Contact	View Cart	Checkout

Cart Total: USD $0.00

Call 480-951-8484

**Navigation**

**Product Search**

 Go

**Categories**

- All Categories
- Bath
- Candles/Holders
- Clocks
- Coasters
- Drinking
- Frames
- Furniture
- Gifts
- Holiday/Seasonal
- Home Decor
- Hooks/Racks/Shelves
- Jewelry
- Lighting
- Mirrors
- Office
- Personal
- Smoking
- Tabletop/Kitchen
- Vases
- Word Art Sculptures
- Zippy Shipping

**Other Links**

**Product Information**



### Basketweave Vinyl Tablemat
The Modern Alternative to Tabletop Dressing!

**USD $13.50**

Choose a Color: SELECT OPTION

[Add to Cart]

Qty: 1

 Email To Friend

 Print Product

Put Mouse On Image To View Above

- My Account
- View Cart
- Checkout
- About Us
- Contact Us
- Shipping Policy
- Return Policy
- Site Map
- Price List
- Make Payment

### Item Details

These woven vinyl tablemats are available in an array of textures and colors...from the warm feel of baskets or bamboo to the cool look of steel or aluminum. They clean easily with soap and water. Measures 14x19", a roomier mat than most!

### Ask Us

eleyt51@aol.com

### Email List

### Join Our Email List!

Name: [        ]
Email: [        ]
[Add Me!]

**You Are Visitor
35241**

© **Copyright 2007 Artafax All Rights Reserved.**
© Copyright 2007 PowerWebsites.com All Rights Reserved.
Shopping Cart Powered by PowerWebsites.com

Basketweave Vinyl Tablemat



# DESIGNS FOR THE MODERN HOME

Home | About | Contact | View Cart | Checkout

Call 480-951-8484

Cart Total: USD $0.00

**Navigation**

**Product Search**

[Go]

**Categories**
- All Categories
- Bath
- Candles/Holders
- Clocks
- Coasters
- Drinking
- Frames
- Furniture
- Gifts
- Holiday/Seasonal
- Home Decor
- Hooks/Racks/Shelves
- Jewelry
- Lighting
- Mirrors
- Office
- Personal
- Smoking
- Tabletop/Kitchen
- Vases
- Word Art Sculptures
- Zippy Shipping

**Other Links**

## Placemats/Tablemats  Sort By »

| Item ID | Product | Price |
|---|---|---|
|  |  |  Luggage ID Tag - Eye Chart USD $5.00 |
| Bamboo Vinyl Tablemat The Modern Alternative to Tabletop Dressing! USD $13.50 BUY NOW! | Basketweave Vinyl Tablemat The Modern Alternative to Tabletop Dressing! USD $13.50 BUY NOW! |  March Balloons Coaster Set USD $20.00 |
|  | |  Bender Space Monkeys USD $19.00 |
| Embroidered Waves Tablemat Soft Yet Modern! USD $19.00 BUY NOW! | Embroidered Vines Tablemat Soft Yet Modern! USD $19.00 BUY NOW! | |
|  |  | |
| Engineered Rectangles Tablemat An Architecturally Modern Alternative to Tabletop Dressing! USD $16.50 BUY NOW! | Engineered Squares Tablemat An Architecturally Modern Alternative to Tabletop Dressing! USD $16.50 BUY NOW! | |





- My Account
- View Cart
- Checkout
- About Us
- Contact Us
- Shipping Policy
- Return Policy
- Site Map
- Price List
- Make Payment

**Ask Us**

eleyt51@aol.com

**Email List**

**Join Our Email List!**

Name: [ ]
Email: [ ]
[Add Me!]



Jacquard Leaf Tablemat
Soft Yet Modern!
USD $13.50
**BUY NOW!**



Spun Vinyl Tablemat
Spun Vinyl Tablemats are a Dynamic Tabletop Solution!
USD $17.00
**BUY NOW!**



Jacquard Lilies Tablemat
Soft Yet Modern!
USD $13.50
**BUY NOW!**



Woven Round Tablemat
The Modern Alternative to Tabletop Dressing!
USD $13.50
**BUY NOW!**

Lattice Tablemat
Modern Lace Under Your Dinnerware!
USD $17.00
**BUY NOW!**

Bent Glass Vase
USD $25.00



Aluminum Word Sculptures

Mosh Frame
USD $23.00



Flip Coat Hook
USD $35.00

**Placemats/Tablemats (11)**

Top of Page

**You Are Visitor**

Modern Home Accessories, Contemporary Gifts, at Artafax

Page 3 of 3

35241

© **Copyright 2007 Artafax All Rights Reserved.**
© Copyright 2007 PowerWebsites.com All Rights Reserved.
Shopping Cart Powered by PowerWebsites.com

http://www.artafax.com/index.cfm?Action=ViewCategory&Category=68&track=google

8/29/2007



# unica HOME

STORE HOURS Contact Us FAQ

product search

advanced search

go >

- company
- designer
- gift ideas
- gift certificates
- new products
- specials/clearance
- gimmie stuff now!
- art
- barware
- bathroom
- bookstore
- cat & dog
- clothing
- edible design
- furniture
- intelligent design
- jewelry
- kidstuff
- kitchen & tabletop
- lighting
- miniatures
- accessories for living
- office
- outside
- seasonal/holiday!
- staff picks
- sundries
- as seen on TV



My Account   Shopping Cart   Whats New   Gift Registry   Friends & Family Mailing List   FAQ   Contact Us   **Trade Sales**

products in Unicahome > company > chilewich

- chilewich floor mats
- chilewich custom orders
- chilewich fabric
- chilewich handbags
- chilewich ottomans
- chilewich rugs
- chilewich placemats
- CLEARANCE

floormats | fabrics | tote bags | ottomans | tablemats | clearance

### chilewich

chilewich woven vinyl coasters, set of 4

> product info/order

**$16.00**

raymaille napkin rings by chilewich

> product info/order

**$21.50**

Sort By: 1 2 3 →



handbags
rugs
placemats
ottomans
custom orders
fabric
clearance



treatments and panels
vintage & new art glass
vintage ceramics
vitra & other miniatures
unicahome partners:



  Security Information
    Trouble Placing Order?

# unica

love...life...light

My Account  Shopping Cart  Whats New  Gift Registry  Friends & Family  Mailing List  FAQ  Contact Us  **Trade Sales**

## Chilewich - woven vinyl basketweave placemats by chilewich, rectangular

great easy-to-care-for woven vinyl placemats by chilewich.

the modern alternative to tabletop dressing...these woven vinyl placemats are available in an array of textures and colors...from the warm feel of bark to the cool look of steel. beautiful, durable and washable. available in other weaves and colors, as well as runners and floormats. 19" x 14"

bronze is discontinued and is on clearance sale while supplies last.

note: rectangular placemats, runners, and round placemats also available below.
and new for fall 2006 - 72" long runners and two new colors: carbon and oyster!

**\*note: carbon and oyster runners are available exclusively in the 72" size.**

to see more placemats from chilewich please click here
to see more from chilewich please click here
to see more placemats and napkins please click here

**Delivery Time**: 1-2 weeks (Quick! Overnight If Needed) 

product search
go >

advanced search

company
designer
gift ideas
gift certificates
new products
specials/clearance
gimmie stuff now!
art
barware
bathroom
bookstore
cat & dog
clothing
edible design
furniture
intelligent design
jewelry
kidstuff
kitchen & tabletop
lighting
miniatures
accessories for living
office
outside
seasonal/holiday!
staff picks
sundries
as seen on TV

additional images - click to view

| Item | Option | Price | Order |
|---|---|---|---|
| woven vinyl basketweave placemats by chilewich, rectangular great easy-to-care-for woven vinyl placemats by chilewich. the modern alternative to tabletop dressing...these woven vinyl placemats are available in an array of textures and colors...from the warm feel of bark to the cool look of steel. beautiful, durable and washable. available in other weaves and colors, as well as runners and floormats. 19" x 14" | | | |

Woven Vinyl Basketweave Placemats By Chilewich, rectangular - Chilewich - Home Furnishings - Unica Home                Page 2 of 2

treatments and panels
vintage & new art glass
vintage ceramics
vitra & other miniatures
unicahome partners:

**bronze is discontinued and is on clearance sale while supplies last.**

$11.50

note: rectangular placemats, runners, and round placemats also available below.
and new for fall 2006 - 72" long runners and two new colors: carbon and oyster!

*note: carbon and oyster runners are available exclusively in the 72" size.

to see more placemats from chilewich please click here
to see more from chilewich please click here
to see more placemats and napkins please click here
Delivery Time: 1-2 weeks (Quick! Overnight if Needed)
woven vinyl basketweave placemats by chilewich, square
dimensions : 14"w x 13"l                                             $11.50

54" woven vinyl basketweave runners by chilewich
dimensions: 14"w x 54"l. limited stock available. shipping charges apply.   $43.00  20% off
there are no returns on this item.
Delivery Time: 1-2 weeks (Quick! Overnight if Needed)
new! woven vinyl basketweave placemats by chilewich, round
dimensions : 16"dia.                                                 $13.00

72" woven vinyl basketweave runners by chilewich
dimensions: 14"w x 72"l                                              $43.00
Delivery Time: 1-3 weeks for Quick Ship (No Overnight)

**Customers who purchased these products also selected...**

indoor/outdoor doormats by chilewich

> product info/order

chilewich bamboo placemat, rectangular

> product info/order

$11.50

engineered squares rectangular placemats set of 4 from chilewich

> product info/order



Security Information
Trouble Placing Order?



chilewich woven vinyl basketweave samples




