# EXHIBIT H

## GOTTL .B, RACKMAN & REISMAN, . C.

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

* MEMBER OF THE BAR
  OF ARGENTINA ONLY

COUNSELORS AT LAW

PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
YUVAL H. MARCUS

PATENT AGENT
ZOYA V. CHERNINA

August 15, 2007

### BY HAND
Pacific Merchants Trading Company
BOOTH 3449
GIFTSHOW
Jacob K. Javits Convention Center
New York, New York

### VIA FEDEX
President
Pacific Merchants Trading Company
149 S. Barrington Ave. #507
Los Angeles, CA 90049-3310

### VIA FEDEX
President
Mac Fab
109 Niagara Street
Unit R1, box 78
Toronto, Canada M5V1C3

### VIA FEDEX
President
MacDonald Faber
600 Queen Street West
Toronto, Canada M6J1E3

Re:    Chilewich, LLC w/Pacific Merchants Trading Company, Inc.
       and Mac Fab --Copyright and Trade Dress Infringement

Gentlemen:

We are intellectual property counsel to Chilewich LLC, of New York, New York ("Chilewich"). As your company undoubtedly knows, our client is a highly regarded resource of products of modern design, including specifically place mats.

Chilewich's products are available in museum stores such as MoMA and the Museum of Contemporary Art (Chicago), design specialty stores such as Simon Pearce and Barneys and well-known retail stores such as Bloomingdales, Dayton-Hudson and Crate & Barrel.

Two of the most widely known Chilewich designs are identified as the "Basketweave" and "Engineered Squares" designs. Photographs of place mats incorporating the "Basketweave" and "Engineered Squares" designs are annexed as Exhibits A and B, respectively.

Pacific Merchants Trading Company
Mac Fab/MacDonald Faber
August 15, 2007
Page 2

These place mats have met with considerable success, such that the
trade and purchasing public have come to associate place mats with the
"Basketweave" and "Engineered Squares" designs, as emanating from our client. As
such, these place mats have become distinctive and are protectable as the trade dress
of Chilewich.

In addition to trade dress, the "Engineered Squares" design is the subject
of a copyright registered in the United States Copyright Office as Copyright Registration
No. VA-1-281-505, effective March 9, 2005. A photocopy is annexed as Exhibit C.

We have just been informed that each of you are distributing and selling
place mats and related products, which are substantially similar to and, without
question, appear to be copied from our client's well-known and recognized
"Basketweave" and "Engineered Squares" place mats. We are further advised that you
are deliberately attempting to pawn off on the good will and reputation of our client by
copying many different aspects of our client's business, including its product designs,
packaging and promotional efforts and by touting your unauthorized copycat products
as "the same as Chilewich."

In our opinion, the sale and distribution of these items is likely to cause
the trade and members of the public to incorrectly assume that your items are
endorsed, sponsored or otherwise associated with Chilewich. As such, the sale and
offer for sale of these items constitute wilful violations of the trade dress rights of our
client, in violation of the Lanham Act, 15 U.S.C. § 1051 et seq.

Furthermore, in our opinion, the activities of your companies in importing,
selling and offering for sale the place mats and related products identified above and
touting them as "the same as Chilewich" also constitutes wilful infringement of our
client's aforementioned copyright in violation of the Copyright Act, 17 U.S.C. § 101 et
seq. and unfair competition under applicable federal and state laws.

In view of the foregoing, we demand that your companies immediately
cease and desist from selling or offering for sale the place mats identified above, or any
other items substantially similar thereto as would infringe our client's trade dress and
copyright rights.

We further demand that you advise us as to the number of infringing place
mats sold by your companies, both in the United States and worldwide, the current
status of your inventory and provide us with all details regarding all sales made to date.

Our client views this matter with considerable concern.

Pacific Merchants Trading Company
Mac Fab/MacDonald Faber
August 15, 2007
Page 3

In view thereof, we request your response to this letter by the close of the business day **9 am on Thursday, August 16, 2007**. Failure to do so will result in the commencement of legal action against your companies.

Very truly yours,

GOTTLIEB, RACKMAN & REISMAN, P.C.

George Gottlieb

GG/YHM
Encls.

cc:    Chilewich LLC
       Marc P. Misthal, Esq.
       Colleen Smith, Esq.

# EXHIBIT A

# EXHIBIT B

# EXHIBIT C

Star B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-281-505**

EFFECTIVE DATE OF REGISTRATION

MAR 0 9 2005

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼
**ENGINEERED SQUARES**

NATURE OF THIS WORK ▼ See Instructions
**FABRIC DESIGN**

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

NAME OF AUTHOR ▼
**CHILEWICH LLC**

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of **USA**
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**

Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
**2004** ◄ Year in all cases
This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month **AUGUST** Day **30** Year **2004**
ONLY if this work has been published. **USA** ◄ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼
**CHILEWICH LLC**
**7 E 30 ST, 3RD FLOOR**
**NEW YORK, NY 10016**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 0 9 2005
ONE DEPOSIT RECEIVED
MAR 0 9 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE
Page 1 of ___ pages

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8

BAck 3

<table>
<tr><td>EXAMINED BY</td><td>SDW</td><td>FORM VA</td></tr>
<tr><td>CHECKED BY</td><td></td><td></td></tr>
<tr><td>☐ CORRESPONDENCE<br>Yes</td><td></td><td>FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a
See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

Name ▼                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

JOSEPH SULTAN, CHILEWICH LLC
7 E 30 ST , 3RD FLOOR
NEW YORK  NY 10016

Area code and daytime telephone number   ( 212 ) 679-9204X13        Fax number   ( 212 ) 679-9205

Email   JSULTAN@CHILEWICH COM

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   CHILEWICH LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

JOSEPH SULTAN          Date  02/18/2005

Handwritten signature (X) ▼

X _____

<table>
<tr><td rowspan="3">Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address</td><td>Name ▼<br>JOSEPH SULTAN, CHILEWICH LLC</td></tr>
<tr><td>Number/Street/Apt ▼<br>7 E 30 ST , 3RD FLOOR</td></tr>
<tr><td>City/State/ZIP ▼<br>NEW YORK, NY 10016</td></tr>
</table>

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30,000   Web Rev June 2002   ⊕ Printed on recycled paper

U.S. Government Printing Office: 2003-496-601/80-020

# EXHIBIT I

Acacia Wood Bowls, Acaciaware, wooden bowls, wooden bowl, bowl sets, round placemats, salad bowl , lab, polyvinyl, beverage cocktail napkins, Siócm, square plates, Chinese lacquerware, Monkeypod



# PACIFIC MERCHANTS

**WOOD SOURCE**

**Click Here For Acaciaware® Bowls, Trays, Plates & Serving Pieces.**



**CLICK PHOTO BELOW FOR OUR SALAD BOWL SET SPECIAL!**



**Click Here For ONLINE SPECIALS!**

- *Click Here For More Background About Acacia Wood (aka "Monkeypod")*

# PACIFIC MERCHANTS

**WOOD SOURCE**

## The Original ACACIAWARE ® Source!



Acacia wood, also commonly known as "Monkeypod", wood bowls, salad bowl sets, serving trays, hardwood serving bowls, square plates, all hand made in the South Pacific and designed in Hawaii. The Hawaiian common name "Monkeypod" is used due to its logical derivation of the scientific name Pithecellobium (monkey earring in Greek).

**Click Here To Go Directly To The Acaciaware® Online Catalog !**



macFABhome

# PACIFIC MERCHANTS

**TRADING COMPANY**

**New!!**

**Malibu Placemats**

**Easy Care, UV Safe!**

**Available In A Rainbow Of Fun, Bright Colors!**
**Round Placemats,**
**Ovals & Rectangles**
**(Click Here)**

macFABhome





## PACIFIC MERCHANTS
### PARTY CENTRAL

**Bottle Stoppers**

**Cocktail Napkins**

**Gift Sets**

**CONTACT INFORMATION:**
Pacific Merchants Trading Company
149 S. Barrington Avenue, #507
Los Angeles, CA 90049-3310
info@pacificmerchants.com
TEL: (818) 988-8999
FAX: (818) 988-6999
Toll Free Customer Service:
(888) 207-8999

**Business Hours:**
Monday Thru Friday
8:30AM - 5:00PM
Pacific Standard Time

*Click Here For Our
Privacy and Anti-Spam Policy*



MADE IN NORTH AMERICA!! With the visual interest of natural fiber weaves and the strength and durability of a synthetic, macFABhome polyvinyl place mats, coasters and table runners are stain resistant, washable, DISHWASHER SAFE, UV SAFE, WILL NOT FADE, MOLD OR MILDEW, and ideally suited for indoor and outdoor use on the patio table! Round placemats, oval place mats and rectangles. The wicker and sisal type weaves of our placemat material create textures that range from the warm and natural to sleek and modern. Placemats and runners sophisticated enough for formal entertaining but durable enough for 24/7 outdoor use!

We are proud to be the exclusive US importer and national distributor of macFABhome products!

<u>Click Here To Go Directly To The macFABhome Online Catalog !</u>



## PACIFIC MERCHANTS
### LACQUERWARE

Lacquered Bowls

Lacquered Trays

Lacquered Utensils





BBBOnLINE RELIABILITY PROGRAM

MasterCard

security metrics
Credit Card SAFE
Identity Theft Protected
securitymetrics

Wholesale Catalog

Frequently Asked

Email Us

Click here to visit some friends and other quality purveyors of

Acacia Wood Bowls, Acacioware, wooden bowls, wooden bowl, wooden bowl sets, round placemats, salad bowl, lab, polyvinyl, beverage cocktail napkins, Saleen, square plates, Chinese lacquerware, Monkeypod

Araca' Wood Bowls, Acaciamatic, wooden bowls, wooden bowls, wooden bowl sets, round placemats, salad bowl / salad bowl / tab, polyvinyl, beverage cocktail napkins, Saleen, square plates, Chinese lacquerware, Munkeprod

gourmet specialty products!

Log In










**Polypropylene placemats that look and feel like natural woven fibers! Made in Germany, Saleen place mats are durable, washable and resistant to UV fading. Will not mold or mildew. Pacific Merchants is the ORIGINAL importer and distributor of Saleen placemats in the United States.**

**Click Here To Go Directly To The Saleen Online Catalog !**



PACIFIC MERCHANTS

PARTY CENTRAL



Acacia Wood Bowls, Acaciaware, wooden bowls, wooden bowl, bowl sets, round placemats, salad bowl, fish, polyvinyl, beverage cocktail napkins, Saloon, square plates, Chinese lacquerware, Monkeypod

Pink Panther, Julia Junkin, Jill Targer, Anne Davis, Irana Shepherd and Karen Weifert cocktail and beverage napkins, colorful corkscrews, bottle stoppers, wine bottle gift bags, bar tools and wine accessories.

**Click Here To Go Directly To The Party Central Online Catalog !**



**PACIFIC MERCHANTS**
**LACQUERWARE**

Click the logo above for a fine collection of Asian lacquerware including Chinese lacquered bowls, trays, square plates, sushi trays and lacquered rattan hand crafted in China using traditional hand lacquering techniques.

**Click Here To Go Directly To The Lacquerware Online Catalog !**

## COMPANY INFORMATION

Founded in 1992, Pacific Merchants Trading Company has established a national reputation as the preeminent supplier of Acaciaware, Acacia hardwood bowls, serving trays, placemats and woodenware for the table.

Pacific Merchants is a leader in the gift, gourmet and tabletop industries, dedicated to developing beautifully styled, high quality products at competitive prices. Pacific Merchants is known for supplying the independent specialty retailer with fashion forward, boutique products that are not sold through mass merchants.

*" Our goal is to offer unique products at a fair price while exceeding customer expectations of quality, style and service."*

Acaciaware ® is a registered trademark with the United States Patent office. Any use of Acaciaware® without the express written permission by Pacific Merchants is strictly prohibited and will be prosecuted to the full extent of U.S. and International laws. All designs, materials, copy and images are copyrighted and trademarked by Pacific Merchants Trading Company, Inc. 1992 - 2007 and are not to be reproduced or used without Pacific Merchants express written permission.

# EXHIBIT J



SEARCH   PRODUCT LIST   BASKET CONTENTS    CHE









macFABhome Coasters
macFABhome Table Runners
Business Card Holders



**macFABhome Placemats**



Aqua, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2090**
Price: **$8.50**
Quantity in Basket: *none*

Add One To Basket    Buy One Now



Cantalope, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2094**
Price: **$8.50**
Quantity in Basket: *none*

Add One To Basket    Buy One Now



Cobalt, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2097**
Price: **$8.50**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Cornsilk, 17" x 12" (click here to read about specific features & benefits of this mat)

Code: **2089**
Price: **$8.50**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |

Dijon, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2088**
Price: **$8.50**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |

Grass, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2125**
Price: **$8.50**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |

Khaki, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2086**
Price: **$8.50**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |



Lime, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2091**
Price: **$8.50**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |

Lemonade, 17" x 12" (click here to read about the specific features & benefits of this mat)
Code: **2096**
Price: **$8.50**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |

Petal, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2098**
Price: **$8.50**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |



Ruby, 17" x 12" (click here to read about specifc features & benefits of this mat)
Code: **2092**
Price: **$8.50**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |

Tangerine, 17" x 12" (click here to read about specific features & benefits of this mat)
Code: **2093**
Price: **$8.50**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Ne





**Grass, 17" x 12" (click here to read about specific features benefits of this mat)**



Quantity in Basket: *none*
Code: **2125**
Price: **$8.50**

Shipping Weight: **0.00** pounds

Quantity: 1

Add To Basket

For everyday use, our materials can be simply cleaned with wa soapy water or thrown in the dishwasher. The fabric is so amazingly durable that it can withstand abrasive rubbing. For tougher stains, a mild solution of bleach and water will solve the problem without damaging the fabric. Extremely stain resistant durable. Impervious to bacterial growth - no mold or mildew. macFABulous!!

Pacific Merchants: macFABhome Coasters

SEARCH | PRODUCT LIST | BASKET CONTENTS | CHECKOUT





PACIFIC MERCHANTS
TRADING COMPANY

PACIFIC MERCHANTS
WOOD SOURCE

PACIFIC MERCHANTS
LACQUERWARE

PACIFIC MERCHANTS
PARTY CENTRAL

PACIFIC MERCHANTS TRADING CO.
WINE COUNTRY

saleen®

macFABhome
macFABhome Coasters
macFABhome Table Runners
Business Card Holders



MALIBU PLACEMATS

Pacific Merchants: macFABhome Coasters

Terracotta, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20602CW**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Aluminum, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20603CW**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Balsa, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20604CW**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Pacific Merchants: macFABhome Coasters

Aluminum, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

**Code: 20605SM**
**Price: $14.95**
Quantity in Basket: *none*



| Add One To Basket | | Buy One Now |

Black, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

**Code: 20613T**
**Price: $14.95**
Quantity in Basket: *none*



| Add One To Basket | | Buy One Now |

White, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

**Code: 20614T**
**Price: $14.95**
Quantity in Basket: *none*



| Add One To Basket | | Buy One Now |

Grey, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20615T**
Price: **$14.95**
Quantity in Basket: *none*

[ Add One To Basket ]    [ Buy One Now ]

Mahogany, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20616T**
Price: **$14.95**
Quantity in Basket: *none*

[ Add One To Basket ]    [ Buy One Now ]

Brown, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20617T**
Price: **$14.95**
Quantity in Basket: *none*

[ Add One To Basket ]    [ Buy One Now ]

Pacific Merchants: macFABhome Coasters

Tan/Brown, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20618T**
Price: **$14.95**
Quantity in Basket: *none*

**Add One To Basket**    **Buy One Now**

Tan, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20619T**
Price: **$14.95**
Quantity in Basket: *none*

**Add One To Basket**    **Buy One Now**

Metallic Olive, 4" x 4" set of 4 (click here to read about features & benefits of this coaster)

Code: **20621**
Price: **$14.95**
Quantity in Basket: *none*

**Add One To Basket**    **Buy One Now**

Pacific Merchants: macFABhome Coasters

Metallic Port, 4" x 4" set of 6 (click here to read about features & benefits of this coaster)
Code: **20622**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket    Buy One Now



Metallic Copper, 4" x 4" set of 6 (click to read about specific features & benefits of this coaster)
Code: **20623**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Lemon, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)
Code: **20626**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Pacific Merchants: macFABhome Coasters

Orange, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20627**
Price: **$14.95**
Quantity in Basket: *none*




Add One To Basket    Buy One Now

Sea, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20628**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Sky, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20629**
Price: **$14.95**
Quantity in Basket: *none*



Add One To Basket    Buy One Now

Pacific Merchants: macFABhome Coasters



Khaki, 4" x 4" set of 6 (click here to read about specific
features & benefits of this coaster)
Code: **20686**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Truffle, 4" x 4" set of 6 (click here to read about specific
features & benefits of this coaster)
Code: **20687**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Dijon, 4" x 4" set of 6 (click here to read about specific
features & benefits of this coaster)
Code: **20688**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Pacific Merchants: macF/ABhome Coasters

Cornsilk, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20689**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Aqua, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20690**
Price: **$14.95**
Quantity in Basket: *none*



Add One To Basket

Buy One Now

Lime, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20691**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Pacific Merchants: macFABhome Coasters

Ruby, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20692**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Tangerine, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20693**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Cantalope, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20694**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Pacific Merchants: macFABhome Coasters

Lemonade, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20696**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Cobalt, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20697**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Rose Petal, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)

Code: **20698**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now

Pacific Merchants: macFABhome Coasters



<u>Titanium, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)</u>

Code: **20699**
Price: **$14.95**
Quantity in Basket: *none*

Add One To Basket

Buy One Now



SEARCH    PRODUCT LIST    BASKET CONTENTS











**Terracotta, 4" x 4" set of 6 (click here to read about specific features & benefits of this coaster)**



Quantity in Basket: *none*
Code: **20602CW**
Price: **$14.95**

Shipping Weight: **0.00** pounds

Quantity: 1

Add To Basket

Completely weather proof, UV Safe (will not fade in direct sunlight) and completely cleanable! Go ahead...spill something! macFABhome cleans right up - just wipe with wet sponge or dishtowel. macFABulous!!



Case 8:07-cv-08649-GBD    Document 47    Filed 09/09/2008    Page 36 of 47

SEARCH  PRODUCT LIST  BASKET CONTENTS






**Balsa, 4" x 4" set of 6 (click here to read about specfic features & benefits of this coaster)**



Quantity in Basket: *none*
Code: **20604CW**
Price: **$14.95**

Shipping Weight: **0.00** pounds

Quantity: 1
**Add To Basket**

Completely weather proof, UV Safe (will not fade in direct sunli
and completely cleanable! Go ahead...spill something!
macFABhome cleans right up - just wipe with wet sponge or
dishtowel. macFABulous!!

# PACIFIC MERCHANTS
## TRADING COMPANY



| | |
|---|---|
| SEARCH | PRODUCT LIST | BASKET CONTENTS | CHECKOUT |

PACIFIC MERCHANTS
**WOOD SOURCE**

PACIFIC MERCHANTS
**LACQUERWARE**

PACIFIC MERCHANTS
**PARTY CENTRAL**

PACIFIC MERCHANTS TRADING CO.
**WINE COUNTRY**

saleen®

macFABhome

macFABhome Coasters
macFABhome Table Runners
Business Card Holders



MALIBU PLACEMATS



Terracotta, 60" x 12" (click here to read
about specific features & benefits of this
table runner)
Code: **20702CW**
Price: **$15.00**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |
|---|---|



Aluminum, 60" x 12" (click here to read
about specific features & benefits of this
table runner)
Code: **20705SM**
Price: **$15.00**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |
|---|---|



Metallic Olive, 60" x 12" (click here to read about specific features & benefits of this table runne
Code: **20721**
Price: **$15.00**
Quantity in Basket: *none*

Add One To Basket      Buy One Now



Metallic Port, 60" x 12" (click here to read about specific features & benefits of this table runne
Code: **20722**
Price: **$15.00**
Quantity in Basket: *none*

Add One To Basket      Buy One Now



Grass, 60" x 12" (click here to read about specific features & benefits of this table runner)
Code: **20725**
Price: **$15.00**
Quantity in Basket: *none*

Add One To Basket      Buy One Now



Titanium, 60" x 12" (click here to read about specific features & benefits of this table runner)
Code: **20799**
Price: **$15.00**
Quantity in Basket: *none*

Add One To Basket      Buy One Now



Terracotta, 72" x 12" (click here to read about specific features & benefits of this table runner)
Code: **20902CW**
Price: **$18.00**
Quantity in Basket: *none*

[ Add One To Basket ]   [ Buy One Now ]



Aluminum, 72" x 12" (click here to read about specific features & benefits of this table runner)
Code: **20905SM**
Price: **$18.00**
Quantity in Basket: *none*

[ Add One To Basket ]   [ Buy One Now ]



Metallic Olive, 72" x 12" (click here to read about specific features & benefits of this table runne
Code: **20921**
Price: **$18.00**
Quantity in Basket: *none*

[ Add One To Basket ]   [ Buy One Now ]



Metallic Port, 72" x 12" (click here to read about specific features & benefits of this table runner
Code: **20922**
Price: **$18.00**
Quantity in Basket: *none*

[ Add One To Basket ]   [ Buy One Now ]



Grass, 72" x 12" (click here to read about specific features & benefits of this table runner)
Code: **20925**
Price: **$18.00**
Quantity in Basket: *none*

Add One To Basket    Buy One Now



Titanium, 72" x 12" (click here to read about specific features & benefits of this table runner)
Code: **20999**
Price: **$18.00**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Case 2:07-cv-08894-GBD Document 1 Filed 10/3/2007 Page 41 of 47



**SEARCH**   **PRODUCT LIST**   **BASKET CONTENTS**













**Terracotta, 60" x 12" (click here to read about specific feat & benefits of this table runner)**



Quantity in Basket: *none*
Code: **20702CW**
Price: **$15.00**

Shipping Weight: **0.00** pounds

Quantity: 1

**Add To Basket**

For everyday use, our materials can be simply cleaned with wa soapy water or thrown in the dishwasher. The fabric is so amazingly durable that it can withstand abrasive rubbing. For tougher stains, a mild solution of bleach and water will solve the problem without damaging the fabric. Extremely stain resistant durable. Impervious to bacterial growth - no mold or mildew. macFABulous!!



SEARCH    PRODUCT LIST    BASKET CONTENTS    CHE







WINE COUNTRY



macFABhome
macFABhome Coasters
macFABhome Table Runners
Business Card Holders



## Business Card Holders



Terracotta, 4.5" x 2.5" (click here to read about specific features & benefits to this card holder)
Code: **23402CW**
Price: **$3.00**
Quantity in Basket: *none*

Add One To Basket    Buy One Now



Aluminum, 4.5" x 2.5" (click here to read about specific features & benefits of this card holder)
Code: **23405SM**
Price: **$3.00**
Quantity in Basket: *none*

Add One To Basket    Buy One Now



Metallic Olive, 4.5" x 2.5" (click here to read about specific features & benefits of this card hold
Code: **23421**
Price: **$3.00**
Quantity in Basket: *none*

Add One To Basket    Buy One Now

Metallic Port, 4.5" x 2.5" (click here to rea about specific features & benefits of this card holde



Code: **23422**
Price: **$3.00**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |



Grass, 4.5" x 2.5" (click here to read abou
specific features & benefits of this card
holder)
Code: **23425**
Price: **$3.00**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |



Titanium, 4.5" x 2.5" (click here to read
about specific features & benefits of this
card holder)
Code: **23499**
Price: **$3.00**
Quantity in Basket: *none*

| Add One To Basket | Buy One Now |

Pacific Merchants: Terracotta, 4.5" x 2.5" (click here to read about specific features & benefits to this c... Page 1 of 1

Case 1:07-cv-08549-GBD Document 44 Filed 10/19/2007 Page 44 of 47















**Terracotta, 4.5" x 2.5" (click here to read about specific features & benefits to this card holder)**



Quantity in Basket: *none*
Code: **23402CW**
Price: **$3.00**

Shipping Weight: **0.00** pounds

Quantity: 1
Add To Basket

For everyday use, our materials can be simply cleaned with wa
soapy water or thrown in the dishwasher. The fabric is so
amazingly durable that it can withstand abrasive rubbing. For
tougher stains, a mild solution of bleach and water will solve the
problem without damaging the fabric. Extremely stain resistant
durable. Impervious to bacterial growth - no mold or mildew.
macFABulous!!

# EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-281-505**

EFFECTIVE DATE OF REGISTRATION

MAR 0 9 2005

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**Title of This Work ▼**
ENGINEERED SQUARES

**NATURE OF THIS WORK ▼ See Instructions**
FABRIC DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give. Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
CHILEWICH LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
{ Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2004
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month AUGUST   Day 30   Year 2004
USA   Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
CHILEWICH LLC
7 E 30 ST, 3RD FLOOR
NEW YORK, NY 10016

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 0 9 2005
ONE DEPOSIT RECEIVED
MAR 0 9 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

DO NOT WRITE HERE

**See instructions before completing this space.**

DO NOT WRITE HERE
Page 1 of ___ pages

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.   · Sign the form at line 8.

BAck B

EXAMINED BY    SDW    FORM VA

CHECKED BY

☐ CORRESPONDENCE
   ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

**a**
See instructions
before completing
this space

b Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account
Name ▼          Account Number ▼

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

JOSEPH SULTAN, CHILEWICH LLC
7 E 30 ST , 3RD FLOOR
NEW YORK  NY 10016

Area code and daytime telephone number  ( 212 ) 679-9204X13          Fax number  ( 212 ) 679-9205

Email  JSULTAN@CHILEWICH COM

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  CHILEWICH LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date
JOSEPH SULTAN                              Date  02/18/2005

Handwritten signature (X) ▼

X _____

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
JOSEPH SULTAN, CHILEWICH LLC

Number/Street/Apt ▼
7 E 30 ST , 3RD FLOOR

City/State/ZIP ▼
NEW YORK, NY 10016

**9**

17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application, shall be fined not more than $2,500

Rev August 2003—30,000    Web Rev June 2002    ⊕ Printed on recycled paper          U.S. Government Printing Office 2003-496-603/80,029