UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

| | |
|---|---|
| CHILEWICH SULTAN LLC, : | |
| Plaintiff, : | 07 Civ. 8549 (GBD/GWG) |
| -against- : | **NOTICE OF APPEARANCE** |
| PACIFIC MERCHANTS TRADING COMPANY : and MACFAB HOME, INC., | FILED ELECTRONICALLY |
| : | |
| Defendants. | |
| : | |

------------------------------------------------------------------ x

PLEASE TAKE NOTICE that the undersigned appears as attorney for defendants herein, and request that copies of all papers in this action be served upon her at the address stated below.

Dated: New York, New York
December 6, 2007

                                        COWAN, LIEBOWITZ & LATMAN, P.C.

                                        By:    /s/ Arlana S. Cohen

                                             Arlana S. Cohen (AC 9034)

                                        1133 Avenue of the Americas
                                        New York, New York 10036
                                        212-790-9200

                                        *Attorney for Defendants*

27765/000/810057.1