UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

CHILEWICH SULTAN LLC,                          :

                Plaintiff,            :

      -against-                              :

PACIFIC MERCHANTS TRADING COMPANY     :
and MACFAB HOME, INC.,

              Defendants.             :

                              :

------------------------------------------------------------- x

Civil Action No. 07 Civ. 8549
(GBD/GWG)

ECF Case

**SO ORDERED**

*George B. Daniel*

HON. GEORGE B. DANIELS

DEC 0 6 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _DEC 0 6 2007_

## STIPULATION AND PROPOSED ORDER

It is hereby stipulated by the parties, through their attorneys, that:

1.     Defendants Pacific Merchants Trading Company and MacFab Home, Inc. waive service of process of the Summons and First Amended Complaint and hereby agree to accept service of same; and

2.     The time for defendants to answer or otherwise move with respect to the First Amended Complaint is agreed to be on or before January 4, 2008.

Dated: New York, New York
       December 5, 2007

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff

By:_____
   Yuval H. Marcus (YM 5348)
   270 Madison Avenue
   New York, NY 10016
   (212) 684-3900

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendants
MacFab Home, Inc. and Pacific Merchants
Trading Company

By:_____
   Arlana S. Cohen, Esq. (9034)
   1133 Avenue of the Americas
   New York, NY 10036
   (212) 790-9237

27765/000/810577.1