UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

CHILEWICH SULTAN LLC,

            Plaintiff,

    -against-

PACIFIC MERCHANTS TRADING COMPANY
and MACFAB HOME, INC.,

            Defendants.

-------------------------------------------------------- x

Civil Action No. 07 Civ. 8549 (GBD/GWG)

ECF Case

## STIPULATION AND PROPOSED ORDER

It is hereby stipulated by the parties, through their attorneys, that the time for defendants to answer or otherwise move with respect to the First Amended Complaint is agreed to be on or before January 31, 2008.

Dated: New York, New York
       December 27, 2007

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff

By: _____
Yuval H. Marcus (YM 5348)
270 Madison Avenue
New York, NY 10016
(212) 684-3900

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendants
MacFab Home, Inc. and Pacific Merchants
Trading Company

By: _____
Arlana S. Cohen, Esq. (9034)
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9237

IT IS SO ORDERED:

Dated: New York, New York
       _____, 200_

_____
United States District Judge
HON. GEORGE B. DANIEL