# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: JAN 03 2008]*

Arlana S. Cohen
Direct (212) 790-9237
asc@cll.com

December 31, 2007

*[Stamp: SO ORDERED The conference is adjourned to February 27, 2008 at 9:30 a.m. /s/ George B. Daniels HON. GEORGE B. DANIELS JAN 03 2008]*

**Via Fax (212) 805-6737**

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 410
New York, NY 10007-1581

Re: Chilewich Sultan LLC v. Pacific Merchants Trading Company and macFabhome, Inc., Civil Action No. 07 Civ. 8549 (GBD/GWG)

Dear Honorable Judge Daniels:

    We represent defendants Pacific Merchants Trading Company and macFabhome, Inc. in the above-referenced action. We are writing, with the consent of plaintiff's counsel, to request an adjournment of the January 9, 2008 conference until further set forth by this Court. The reason for the request is that I will be on vacation and also that the parties are already engaged in settlement discussions and in fact, a proposed draft agreement has been circulated.

    This is the parties first request for an adjournment.

Respectfully submitted,

Arlana S. Cohen

cc: (via fax 212-684-3999)
George Gottlieb, Esq.
Gottlieb, Rackman & Reisman, P.C.

27765/000/815179.1