UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

CHILEWICH SULTAN LLC,                              :

        Plaintiff,                              :

   -against-                                         :   Civil Action No. 07 Civ. 8549
                                                    (GBD/GWG)
PACIFIC MERCHANTS TRADING COMPANY   :
and MACFAB HOME, INC.,                                ECF Case

        Defendants.                             :

                                               :
-------------------------------------------------------------- x

## STIPULATION AND PROPOSED ORDER

It is hereby stipulated by the parties, through their attorneys, that:

1. Defendants Pacific Merchants Trading Company and MacFab Home, Inc. waive service of process of the Summons and First Amended Complaint and hereby agree to accept service of same; and

2. The time for defendants to answer or otherwise move with respect to the First Amended Complaint is agreed to be on or before February 20, 2008.

Dated: New York, New York
          January 28, 2008

GOTTLIEB, RACKMAN & REISMAN, P.C.     COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Plaintiff                                    Attorneys for Defendants
                                                   MacFab Home, Inc. and Pacific Merchants
                                                   Trading Company

By: _____        By: _____
     Yuval H. Marcus (YM 5348)                     Arlana S. Cohen, Esq. (9034)
     270 Madison Avenue                              1133 Avenue of the Americas
     New York, NY 10016                              New York, NY 10036
     (212) 684-3900                                     (212) 790-9237

IT IS SO ORDERED:
                    JAN 3 1 2008

_____
United States District Judge

27765/000/810577.1