# Cowan, Liebowitz & Latman, P.C.

Law Offices

1133 Avenue of the Americas • New York, NY 10036-6799

(212) 790-9200 • www.cll.com • Fax (212) 575-0671

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FEB 2 6 2008

Arlana S. Cohen
Direct (212) 790-9237
asc@cll.com

February 26, 2008

**SO ORDERED**

**Via Fax (212) 805-6737**

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 410
New York, NY 10007-1581

The conference is adjourned to
April 9, 2008 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS
FEB 2 6 2008

Re: Chilewich Sultan LLC v. Pacific Merchants Trading Company and macFabhome, Inc., Civil Action No. 07 Civ. 8549 (GBD/GWG)

Dear Honorable Judge Daniels:

We represent defendants Pacific Merchants Trading Company and macFabhome, Inc. in the above-referenced action. We are pleased to advise the parties are diligently pursuing settlement of the matter. Thus, we are writing, with the consent of plaintiff's counsel, to request an adjournment of the February 28, 2008 [27] conference until further set forth by this Court.

This is the parties second request for an adjournment.

Respectfully submitted,

*Arlana J. Cohen*
Arlana S. Cohen

cc: (via fax 212-684-3999)
George Gottlieb, Esq.
Gottlieb, Rackman & Reisman, P.C.

27765/000/815179.2