UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

CHILEWICH SULTAN LLC,

           Plaintiff,

    -against-

PACIFIC MERCHANTS TRADING COMPANY
and MACFAB HOME, INC.,

           Defendants.

------------------------------------------------------------ x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 0 5 2008
```

Civil Action No. 07 Civ. 8549
(GBD/GWG)

ECF Case

## STIPULATION AND PROPOSED ORDER

It is hereby stipulated by the parties, through their attorneys, that:

1. Defendants Pacific Merchants Trading Company and MacFab Home, Inc. waive service of process of the Summons and First Amended Complaint and hereby agree to accept service of same; and

2. The time for defendants to answer or otherwise move with respect to the First Amended Complaint is agreed to be on or before April 5, 2008.

Dated: New York, New York
March 4, 2008

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff

By: _____
Marc P. Misthal (MM 6636)
270 Madison Avenue
New York, NY 10016
(212) 684-3900

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Defendants
MacFab Home, Inc. and Pacific Merchants
Trading Company

By: _____
Arlana S. Cohen, Esq. (9034)
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9237

IT IS SO ORDERED:

MAR 0 5 2008

_____
HON. GEORGE B. DANIELS

27765/000/810577.1