# GOTTLIEB, RACKMAN & REISMAN, P.C.
### COUNSELORS AT LAW
PATENTS · TRADEMARKS · COPYRIGHTS · INTELLECTUAL PROPERTY

270 MADISON AVENUE
NEW YORK, N.Y. 10016-0601
PHONE: (212) 684-3900 · FACSIMILE: (212) 684-3999
WEB: http://www.grr.com · E-MAIL: info@grr.com

JAMES REISMAN
MICHAEL I. RACKMAN
GEORGE GOTTLIEB
BARRY A. COOPER
DAVID S. KASHMAN
ALLEN I. RUBENSTEIN
JEFFREY M. KADEN
AMY B. GOLDSMITH
TIBERIU WEISZ
MARIA A. SAVIO
RICHARD S. SCHURIN

OF COUNSEL
DIANA MULLER*

DONNA MIRMAN BROOME
BARBARA H. LOEWENTHAL
MARC P. MISTHAL
FRANK D. DECOLVENAERE
STEVEN STERN
[illegible] MARCUS

PATENT AGENT
ZOYA V. CHERNINA

* MEMBER OF THE BAR OF ARGENTINA ONLY



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 8 2008

April 7, 2008

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS
APR 0 8 2008

**VIA FACSIMILE**

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
40 Center Street, Room 420
New York, New York 10007

    Re:    **Chilewich Sultan LLC v. Pacific Merchants Trading Company and macFabhome, Inc.**
            **Civil Action No.: 07 CV 8549 (GBD/GWG)**

Dear Judge Daniels:

We represent plaintiff Chilewich Sultan LLC in the above matter.

The parties are now finalizing settlement documents and expect to have all documents signed within the next two weeks.

With the consent of defendants' counsel, we request an adjournment of the April 9, 2008 conference until further notice by the Court.

                          Respectfully submitted,

                          GOTTLIEB, RACKMAN & REISMAN, P.C.

                          *[signature]*
                          George Gottlieb

GG/dab
3438/064
cc:    Ariana S. Cohen, Esq. (via e-mail)