UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
CHILEWICH SULTAN, LLC.

        Plaintiff,

v.

PACIFIC MERCHANTS TRADING
COMPANY and MACFAB
HOME, INC.,

        Defendants.
-------------------------------------------------X

Civil Action No. 07 Civ. 8549 (GBD/GWG)

**NOTICE OF DISMISSAL**
**WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 05 2008

Plaintiff through its attorneys, hereby dismisses the captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      May 1, 2008

GOTTLIEB, RACKMAN & REISMAN, P.C.,

By: _____
George Gottlieb (GG 5761)
Marc P. Misthal (MM6636)
Attorneys for Plaintiff
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900

SO ORDERED: MAY 05 2008

_____
U.S.D.J.

HON. GEORGE B. DANIELS